# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01151-RBJ-MEH

HAROLD TRUJILLO,

    Plaintiff,

vs.

ATMOS ENERGY CORPORATION, a Texas corporation,

    Defendant.

## DECLARATION OF BETHANY S. NEWCOMB

I, Bethany S. Newcomb, hereby state as follows:

1. My name is Bethany S. Newcomb. I am over the age of 18, and I make this declaration based upon my own personal knowledge.

2. I am a Senior Human Resources Generalist for Atmos Energy's Colorado-Kansas Division.

3. The Atmos Energy policies attached as exhibits to the Memorandum Brief in Support of Defendant's Motion for Summary Judgment are true and correct copies of what they purport to be, and come from the company's records. These include: the Atmos Energy Corporation Code of Conduct; the Equal Employment Opportunity Policy; the Employee Handbook Safety Policy; the Employee Handbook Your Employee Handbook Policy (June 1997 ed.); the Employee Handbook Reservation of Rights Policy (October 2, 2002 ed.); the Employee Handbook Progressive Discipline Policy and Procedures; and the Employee Handbook Behavior and Conduct Policy.

4. The following documents attached as exhibits to the Memorandum Brief in Support of Defendant's Motion for Summary Judgment are true and correct copies of what they purport to be, and come from the company's records: the Acknowledgement of Receipt of Employee Handbook (June 1997 ed.), signed by Harold Trujillo; and the Job Description for Distribution Operator, approved 4/1/02.

5. Beginning in the early 2000's, Atmos Energy began making its policies available to employees via the company's intranet and largely discontinued distributing hard copies.

5. Based upon the company's records, the following are the dates of hire for the following persons:

| Name | Date of Hire |
| --- | --- |
| Danny Lucero | 3/1/81 |
| Harold Trujillo | 6/18/83 |
| Sterling Balliger | 3/24/08 |
| Justin (J.T.) Dufva | 2/9/09 |

6. Based upon the company's records, the following are the dates of birth and ages (as of May 12, 2009) for the following persons:

| Name | Date of Birth | Age (as of 5/12/99) |
| --- | --- | --- |
| Danny Lucero | 5/2/52 | 57 |
| Harold Trujillo | 8/29/49 | 59 |
| Sterling Balliger | 11/20/87 | 21 |

| Justin (J.T.) Dufva | 4/30/87 | 22 |
| Gary Schlessman | 9/14/56 | 52 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2012.

Bethany S. Newcomb