**EXHIBIT 3**

## EQUAL EMPLOYMENT OPPORTUNITY POLICY

Equality, being one of the fundamental concepts upon which our nation was founded, is of such significance as to merit our continuous attention and efforts in assuring its full measure of application. In recognizing this, the President, the United States Congress and State Legislatures have sought to assure the application of this concept to opportunities of employment through the passage of specific laws, and the creation of various regulatory agencies responsible for their enforcement.

I fully support this concept and these efforts without reservation or qualification. As an important member of our nation's business community, Atmos Energy Corporation recognizes its responsibility as a corporate citizen in providing equal employment opportunities to current and potential employees. In addition to being committed to equal employment opportunity as a fundamental concept, I believe its application in the workplace to be a sound and sensible management practice.

Therefore, it continues to be the policy of Atmos Energy Corporation to provide equal employment opportunity for all persons employed or seeking employment. Further, the Company will take appropriate steps to ensure that applicants and employees are treated fairly in all aspects of employment through full and voluntary compliance with Federal, state and local statutes.

The Company's goal is to achieve, as early as practical, a representative work force mixture of minority and women employees at all levels. The achievement of this goal and the execution of this policy are the direct responsibility of each manager and supervisor. I ask for and expect full cooperation and support from every employee of Atmos Energy Corporation and its family of divisions.

Mr. Mike Haefner, Senior Vice President of Human Resources, has been designated as the individual responsible for coordinating the development and implementation of the Equal Employment Opportunity Program and all related matters on a company-wide basis. Mr. Gary Manley, Director of Employment and Employee Relations, has been charged by the Senior Vice President of Human Resources with designing and implementing audit and reporting systems to keep management informed of the status of the Affirmative Action Program.

I take pride that Atmos Energy Corporation has been a leader in many endeavors, and I am confident that we will continue to be a leader in the area of equal employment opportunity.

Robert W. Best
Chairman and CEO
October 1, 2008



EXHIBIT 30
Name Trujillo
Dt/SR 1-20-12
Richardson Reporting

*If you have any questions about equal employment opportunity, please contact your supervisor, any available management personnel, the Director of Employment and Employee Relations, the Legal Department, or the Corporate Compliance Officer. Additionally, a toll-free Compliance Hotline and a Compliance Reporting Website have been established to provide an anonymous mechanism to ask questions or to report any violations to the Corporate Compliance Officer. The Compliance Hotline number is 1-866-543-4065 and the Compliance Website is https://www.compliance-helpline.com/welcomeAtmosEnergy.jsp.*