**EXHIBIT 4**

**Company Handbook**

**Policies and Procedures**

SAFETY POLICY                                                                 Revised August 25, 2005

The Company assigns the highest priority to the safety of its employees, customers and the public. No job is so important that it has to be performed in an unsafe manner. We are committed to providing a safe and secure work environment. Accordingly, it is the policy of the Company that all employees are responsible for complying with all safety and health related statutes and regulations, as well as Company policies regarding safety and health. Standards for workplace safety include:

1. **Occupational Safety and Health.** The Company recognizes our obligation to perform our activities in ways that ensure, so far as possible, safe and healthy working conditions at all facilities. This includes maintaining facilities free from recognized hazards likely to cause physical harm and requiring our employees to comply strictly with the letter and spirit of applicable occupational safety and health laws and regulations and the public policies they represent. The primary source for these rules is the Occupational Safety and Health Act ("OSHA").

2. **Safety Policies and Procedures.** The Company strives to make the workplace safe for all its employees, and has developed various safety policies and procedures throughout its operating divisions in an effort to avoid workplace injury. Accordingly, all employees must, for his or her own and fellow workers' health and welfare, follow these safety policies and procedures while carrying out their responsibilities for the Company.

3. **Employee Reporting on Health-Related Issues.** No employee may provide any information known to be false (or omit any information required to be reported) on any health or safety related form, monitoring or testing report, or illness or injury log filed with or required by a governmental agency.

4. **Tampering With Safety Monitoring Systems.** Tampering with or bypassing testing or monitoring equipment, and in any way creating or providing false information about the results of such monitoring and testing are all prohibited.

5. **Reporting Violations.** All employees must report immediately to their supervisors or any available management personnel any actual or potential violation of any occupational safety and health law or regulation; the creation or maintenance of any false information, data or records; failure to provide or keep required information, data or records; or bypass or failure to use required monitoring, testing or personal protective equipment. All employees must also immediately report any request or order to take any action in violation of the Safety Policy or in violation of the requirements of any occupational safety and health law or regulation.

Supervisors and management personnel are responsible for monitoring the use of all reasonable safeguards in the workplace including Company procedures, safe work practices, and personal protective equipment.

6. **Reporting Accidents.** Any accident, injury or illness occurring in or related to the workplace must be reported in accordance with the applicable Company procedures.

**DISCIPLINE**

No employee has authority to engage in conduct that does not comply with this policy or to authorize, direct, approve or condone such conduct by any other person. Any violation, failure to report, or false report, can lead to disciplinary action, when warranted, up to and including termination of employment.



Page 1 of 2

**Company Handbook**

**Policies and Procedures**

## NONRETALIATION

No employee will be discriminated against, in any way, for having brought his or her concerns to the attention of management, for filing a complaint, instituting or causing to be instituted any proceeding, or testifying or participating in any OSHA proceeding or other safety or health proceeding.

## WORKPLACE VIOLENCE

The Company strictly prohibits acts of physical intimidation, assaults, or threats of violence by any of its employees. Violations of this policy are not tolerated and must be referred immediately to your supervisor or available management personnel.

If you have any questions about any of these areas, please contact your supervisor, any available management personnel, the Legal Department, or the Corporate Compliance. Additionally, a toll-free Compliance Hot Line has been established to provide an anonymous mechanism to ask questions or to report any violations at 1-866-543-4065. Reports may also be made on an anonymous basis through the Atmos Energy Compliance Reporting Website at https://www.compliance-helpline.com/welcomeAtmosEnergy.jsp, a link to which appears on our "Atmosphere" home page.