# EXHIBIT 6



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |

## I.   Purpose

1.1   To establish and define the procedures to be used when trenching and excavating, or shoring, and to assure the safety of employees.

## II.   Scope

2.1   This procedure covers any employee performing work that requires trenching, excavating or shoring.

2.2   Except as otherwise provided in this procedure, the local supervisor will be responsible for ensuring employee compliance with the requirements of this procedure.

## III.   Training

3.1   Employees will be trained on proper shoring techniques and the evaluation of trenches and excavations to determine the need for and the proper use of shoring equipment or the sloping of the excavations to conform to regulations or guidelines set forth by OSHA.

3.2   Training will be conducted by a Competent Person (note Section 4.3 -) as follows:

   A.   Prior to job assignment

   B.   Prior to job function change

   C.   Prior to introduction of new equipment

   D.   When employee demonstrates a need for additional training

3.3   Training will be documented and maintained in the Company's training database.

1





| Safety Manual | | | | | |
|---|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |

## IV.   Definition of Terms

4.1   Excavation - Any man-made cut, cavity, trench or depression in an earth surface formed by earth removal. Note: Any excavation more than four feet deep is a confined space (29 CFR 1926.21(B)) and employees will comply with the confined space entry procedure.

4.2   Shoring - Means of structure such as a metal hydraulic, mechanical or timber shoring system that supports the sides of an excavation and which is designed to prevent cave-ins.

4.3   Competent Person - One who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees, and who has the authorization to take prompt corrective measures to eliminate them.

4.4   Sloping - A method of protecting employees from cave-ins by digging the sides of an excavation in such a manner that they are inclined away from the excavation.

## V.   Special Equipment Required

5.1   Shoring Equipment

A.   Materials used for shoring will be in good condition, and will be designed and installed so as to be effective to the bottom of the excavation.

## VI.   Functions to be Performed

6.1   Procedures for Trenching and Excavation

A.   Prior to excavation, other utility companies will be contacted to establish the locations of their facilities that reasonably may be

2



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

expected to be encountered during excavation work. If the other utility companies cannot exactly locate those facilities, excavation can proceed with caution and with detection equipment to locate safely other utility lines or facilities. When excavation operations approach the estimated locations of utility facilities, the exact locations of those facilities shall be determined by safe and acceptable means. While excavation is open, other utilities will be protected as necessary to safeguard employees.

B.  Trenches and other excavations will be protected from the danger of cave-ins by suitable sloping, shoring or shielding. Employees exposed to vehicular traffic will wear warning vests or other suitable garments marked with or made of reflective or high-visibility material. (See Section 15 of this Safety Manual.)

C.  When employees are required to be in trenches four feet deep or more, an adequate means of exit, such as a ladder or steps, will be provided and located so as to require no more than 25 feet of lateral travel and will extend three (3) feet above the top of the excavation. Structural ramps used solely by employees as a means of ingress to or egress from excavations must be designed by a Competent Person (29 CFR 1926.651(c)

D.  All trenches and excavations five feet in depth or more where employees are required to perform work will be shored, sloped or shielded. Trenches and excavations less than 5 feet in depth may not require sloping, shoring or shielding, so long as a Competent Person has documented that there is no indication of a potential cave-in.

E.  All surface encumbrances, such as spoil pile, backhoe, etc., that are located so as to create a hazard to employees shall be removed or supported, as necessary, to safeguard employees.



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |

F.  Adequate protection shall be provided to protect employees from loose rock or soil that could pose a hazard by falling or rolling from an excavation face.  Such protection shall consist of scaling to remove loose material; installation of protective barriers at intervals as necessary on the face to stop and contain falling material; or other means that provide equivalent protection.

6.2  Procedures for Shoring

A.  Shoring and bracing materials will be installed from the top down, removed from the bottom up, and checked frequently during use by a Competent Person.

B.  In excavations where employees may be required to work, excavation materials, excavated dirt or other materials will be effectively stored and retained at least two (2) feet or more from the edge of the excavation, or by the use of retaining devices that are sufficient to prevent materials or equipment from falling or rolling into excavations, or by a combination of both, if necessary

C.  Portable trench boxes or sliding trench shields may be used if they are designed, constructed and maintained in such a manner which will provide protection equal to or greater than sheeting or shoring. Employees shall be protected from the hazard of cave-ins when entering or exiting the areas protected by trench boxes or trench shields.  Employees shall not enter or be allowed in trench boxes or trench shields when those boxes or shields are being installed, removed, or moved vertically.

D.  The bucket and/or boom will never be used in place of proper shoring equipment.

6.3  Soil Classification for Sloping or Benching Systems

4



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

When a sloping or benching system is designed as a method for protecting employees from cave-ins, the soil classification system set out below will be used.  A soil classification system is the means of categorizing soil and rock deposits in the hierarchy defined below in decreasing order of stability.  The categories are determined based on an analysis of the properties and performance characteristics of the deposits and the environmental conditions of exposure.

A.    Classification of soil and rock deposits.  Soil and rock deposits must be classified by a Competent Person as:

Stable rock - natural solid mineral matter that can be excavated with vertical sides and remain intact while exposed.

Type A soil - cohesive soil with an unconfined compressive strength (the load per unit area at which a soil will fail in compression   determined by laboratory testing or estimated in the field using a pocket penetrometer, thumb penetration tests or other methods) of 1.5 ton per square foot (tsf) or greater.  Examples of cohesive soils are clay, silty clay, sandy clay, clay loam, sometimes-silty clay loam and sandy clay loam, and cemented soils such as caliche and hardpan.  No soil, however, can be classified as Type A if it is fissured, subject to vibration from heavy traffic or pile driving, has been previously disturbed, is part of a sloped, layered system where the layers dip into the excavation on a slope of four horizontal to one vertical or greater, or the material is subject to other factors that would require it to be classified as a less stable material.

Type B soil - cohesive soil with an unconfined compressive strength of greater than 0.5 tsf but less than 1.5 tsf.  Type B soils also include granular cohesionless soils such as angular gravel (similar to crushed rock), silt, silt loam, sandy loam and, in some cases, silty clay loam and sandy clay loam.  Previously disturbed soil, except those which would otherwise be classified as Type C below, would constitute Type B soil, as well as soil that meets the

5



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

unconfined compressive strength or cementation requirements for Type A but is fissured or subject to vibration.  Other Type B soils would include unstable dry rock  and material that is part of a sloped, layered system where the layers dip into the excavation on a slope less steep than four horizontal to one vertical (but only if the material would otherwise be classified as Type B).

Type C soil – cohesive soil with an unconfined compressive strength of 0.5 tsf or less, as well as granular soils (such as gravel, sand and loamy sand), submerged soil or soil from which water is freely seeping, submerged unstable rock, or material in a sloped, layered system where the layers dip into the excavation or a slope of four horizontal to one vertical or steeper.

B.   Classification Basis.  Classification of soil deposits must be made based upon at least one visual and one manual analysis.  Visual analysis is conducted to determine qualitative information regarding the excavation site in general, the soil adjacent to the excavation, the soil forming the sides of the open excavation and the soil taken as samples from excavated material.   Manual analysis of soil samples is conducted to determine quantitative as well as qualitative properties of soil and to provide more information to classify soil properly.

(1)   Acceptable forms of visual tests include:

Observing soil samples that are excavated and soil in the sides of the excavation. The range and relative amounts of particle sizes should be estimated.  Soil that is primarily composed of fine-grained material is cohesive and that composed primarily of coarse-grained sand or gravel is granular.

Observing soil as it is excavated and, if it remains in clumps as excavated, it is cohesive.  If it breaks up easily and does not stay clumped, it is granular.

6



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

Observing the side of the opened excavation and the adjacent surface area. Crack-like openings such as tension cracks, or chunks of soil spalling off a vertical side, may indicate fissured material. Small spalls are evidence of moving ground and are indications of potentially hazardous situations.

Observing the area adjacent to the excavation and the excavation itself for evidence of existing utility and other underground structures, and to identify previously disturbed soil.

Observing the opened side of the excavation to identify any layered systems sloping toward the excavation and the degree of slope.

Observing the area adjacent to the excavation and the sides of the opened excavation for evidence of surface water, water seeping from the sides of the excavation or the location of the level of the water table.

Observing the area adjacent to the excavation and the area within the excavation for sources of vibration that may affect the stability of the excavation face.

(2)   Acceptable manual tests include:

Plasticity   mold a moist or wet sample of soil into a ball and attempt to roll it into threads as thin as 1/8-inch in diameter. Cohesive material can be successfully rolled into threads without crumbling. For example, if at least a two-inch (50mm) length of 1/8-inch thread can be held on one end without tearing, the soil is cohesive.

Dry strength   if the soil is dry and crumbles on its own or with moderate pressure into individual grains or fine

7



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |

powder, it is granular. If it is dry and falls into clumps which break up into smaller clumps, but the smaller clumps can only be broken up with difficulty, it may be clay in any combination with gravel, sand or silt. If dry soil breaks into clumps which do not break up into small clumps and which can only be broken with difficulty, and there is no visual indication the soil is fissured, the soil can be considered unfissured.

Thumb penetration   this test can be used to estimate the unconfined compressive strength of cohesive soils. Type A soils with an unconfined compressive strength of 1.5 tsf can be readily indented by the thumb, but can only be penetrated by the thumb with great effort. Type C soils with an unconfined compressive strength of 0.5 tsf can be easily penetrated several inches by the thumb and can molded by light finger pressure. The thumb penetration test should only be conducted on an undisturbed soil sample, such as a large clump of spoil, as soon as practicable after excavation to minimize the effects of exposure to drying influences and, if the excavation is later exposed to wetting influences, such as rain or flooding, the classification of the soil must be changed accordingly.

Other strength tests a pocket penetrometer or hand-operated shearvane can also be used to estimate the unconfined compressive strength of soils.

Drying test   this test differentiates between cohesive material with fissures, unfissured cohesive material and granular material. A sample of soil approximately one inch thick and six inches in diameter should be thoroughly dried and, if the sample develops cracks as it dries, significant fissures are indicated. A sample that dries without cracking should be broken by hand and, if considerable force is necessary to break a sample, the soil has significant cohesive material content, can be classified as an

8



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

unfissured cohesive material and the unconfined compressive strength should be determined. If the sample breaks easily by hand, it is either fissured cohesive or granular material. To distinguish the two, pulverize the dried clumps of the sample by hand or by stepping on them and, if the clumps do not pulverize easily, the material is cohesive with fissures. If they pulverize easily into very small fragments, the material is granular.

C.   Layered Systems. In a layered system, the system shall be classified in accordance with its weakest layer, but each layer underlies a less stable layer.

D.   Reclassification. If the properties, factors or conditions affecting a soil deposit s classification change in any way after the deposit has been classified, the changes shall be evaluated by a Competent Person and reclassified as necessary to reflect the changed circumstances.

6.4   Water Accumulation.

A.   Employees will not work in excavations where water has accumulated or is accumulating unless adequate precautions have been taken to protect employees against the hazards posed by water accumulation. The necessary precautions will vary with each situation and will be determined by the supervisor on site, but could include special support or shield systems to protect from cave-ins, water removal to control the level of accumulating water, or use of a safety harness and lifeline.

B.   If water is controlled or prevented from accumulating by the use of water removal equipment, then said equipment and operations must be monitored by a Competent Person to ensure proper operation.


energy

| Safety Manual | | | | |
|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | |

| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |
|---|---|---|---|---|---|

    C.    If excavation work interrupts the natural drainage of surface water (such as streams), then diversion ditches, dikes or other suitable means must be used to prevent surface water from entering the excavation and to provide adequate drainage of the adjacent area. Excavations subject to runoff from heavy rains require an inspection by a Competent Person and compliance with the safety procedures outlined in (A) and (B) above.

6.5    Inspections

    A.    Daily inspections of excavations, the adjacent areas and protective systems will be made by a Competent Person for evidence of a situation that could result in possible cave-ins, protective system failure, hazardous atmospheres or other hazardous conditions. The inspection must be conducted before the start of work and as needed throughout the shift. Inspections will also be made after every rainstorm or other occurrence that increases hazards to employees. The results of all inspections must be documented to show the depth, the means of egress, the shoring procedure used (*e.g.* trenchbox), soil classification and basis for determination (test method used), weather conditions, whether water is in the excavation, whether emergency rescue equipment (e.g. harness) is in use, the existence and proximity of other utilities and other conditions or factors which the inspector considers noteworthy.

    B.    When the inspector finds a situation that could result in a cave-in, protective system failure, hazardous atmosphere or other hazardous condition, exposed employees will be removed from the hazardous area until the necessary precautions are taken to ensure safety.

6.6    Emergency Rescue

    A.    Emergency rescue equipment such as a breathing apparatus, safety harness and line, or basket stretcher, will be readily



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| **Subject:** | **Trenching, Excavation, and Shoring** | | | | |
| **Reference:** | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| **OSHA Link:** | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| **Issue Date:** | 02/01/04 | **Effective Date:** | 02/01/04 | **Revision Date:** | 06/01/07 |

available where hazardous atmospheric conditions exist or may reasonably be expected to develop during work in an excavation. The equipment must be attended when in use.

B.   Employees entering bell-bottom pier holes, or other similar deep and confined footing excavations, must wear a harness with a lifeline securely attached to it. The lifeline must be separate from any line used to handle materials and individually attended at all times while the employee is wearing the lifeline in the excavation.

6.7   Work Around Digging Equipment

A.   All employees working in excavations will maintain a safe distance and be in view of the heavy equipment operator at all times.

B.   Repairs or mechanical adjustments will not be made to trenching machines while the machine is in operation. The buckets or conveyor shall be turned off for the removal of obstructions.

C.   No employee shall work in areas underneath loads handled by lifting or digging equipment. Employees shall stand away from any vehicle being loaded or unloaded to avoid being struck by any spillage or falling materials.

## VII.   Special Safety Considerations

7.1   If any electrical lines, pipelines, or other obstructions are detected, a safe means of uncovering them will be determined by the competent person on the job site.

7.2   When mobile equipment is operated adjacent to an excavation, or when mobile equipment is required to approach the edge of an excavation, and the employee operating that equipment does not have a clear and direct view of the edge of the excavation, a warning system shall be used such

11



| Safety Manual | | | | | |
|---|---|---|---|---|---|
| Subject: | **Trenching, Excavation, and Shoring** | | | | |
| Reference: | Federal Occupational Safety and Health Standard 29 CFR 1926.651 | | | | |
| OSHA Link: | http://www.osha.gov/doc/outreachtraining/htmlfiles/excavate.html | | | | |
| Issue Date: | 02/01/04 | Effective Date: | 02/01/04 | Revision Date: | 06/01/07 |

as barricades, hand or mechanical signals, or stop logs.  If possible, the grade should be away from the excavation.

7.3    Where the stability of adjoining buildings, walls, or other structures is endangered by excavation operations, support systems such as shoring, bracing, or underpinning shall be provided to ensure the stability of those structures for the protection of employees.

## VIII.  Verification

8.1    Division management and the UOC Safety Committee will review all incidents, involving trenching, excavation, or shoring, to ensure this procedure has been followed.