# EXHIBIT 9

Atmos Energy Corporation
Job Description

Title: Distribution Operator  
Approved: 4/1/2002

Nonexempt  
Grade 3

REPORTS TO: Division Operations Supervisor

BASIC FUNCTION:

Responsible for construction and maintenance, and customer service field activities.

PRIMARY DUTIES/RESPONSIBILITIES:

1. Installs, maintains and repairs gas lines, mains, meters and regulators. Turns gas lines on and off as necessary.
2. Executes customers' requests for service including connections, disconnections, leak investigations and appliance adjustments. Investigates high bill complaints.
3. May assist in conducting leakage surveys. Reads maps, locates underground gas lines, classifies gas leaks, and operates combustible gas indicators and flame ionization units. Prepares leak repair work orders.
4. May operate and maintain heavy and/or specialized equipment and tools in order to dig and backfill ditches load and unload pipe, meter fittings and other materials.
5. Performs routine inspection of gas appliances. Advises customer of needed repairs and answers basic questions. Turns gas off as needed to ensure a safe environment is maintained.
6. Reads meters and records consumption for billing. Changes charts and calculates loss or gain from submeters.
7. Collects delinquent accounts and disconnects service as necessary.
8. May assist in providing barricades and channelization services at worksites that are in compliance with Federal and state regulations and Company standards.
9. May conduct surveys of new construction, schools, shopping centers and other areas as required. Checks high pressure lines, loss of gas, odorization and pressure upgrades.
10. May perform welding operations for the installation, maintenance and repair of gas mains, meter guards and regulator settings.
11. Promotes and communicates job safety in the performance of area activities.
12. May oversee, coordinate and inspect work of contractor crews to ensure compliance with Federal, state and local codes and regulations and Company policies, procedures and standards.
13. Provides supervisor input on capital budget requests.
14. Responds to emergency and after hour service calls.
15. Performs other related duties as required.

MINIMUM REQUIREMENTS:

Exhibit # 41  
Name Trujillo  
Dt/RP 1-20-12  
Richardson Reporting

EDUCATIONAL/EXPERIENCE LEVEL:

1. A general educational knowledge normally acquired through a high school diploma or a General Equivalency Diploma (GED), completion of the Company's Operator Qualification requirements for Meter Reader, Sr Service Technician, Sr. Constructor Operator plus proven demonstrated proficiency as a Meter Reader, Sr. Service Technician and Sr. Construction Operator which typically takes three years.
2. Valid driver's license

COMMUNICATION SKILLS:

Requires the ability to communicate with internal and/or external customers in order to obtain and/or provide explanations and/or information on technical concepts to individuals with expertise or knowledge of the technical area.

NUMERIC SKILLS:

Requires the ability to perform basic addition, subtraction, multiplication and division.

WORK CONDITIONS:

Works in an outdoor environment.

Requires frequently performing activities including, but not limited to, stooping, bending, crawling, kneeling, grasping, reaching, climbing and lifting in excess of 100 pounds (e.g. lifting and pulling rolls of pipe).

OTHER INFORMATION:

May have residency requirement.

May require a commercial driver's license (CDL).