# EXHIBIT 11

Case 1:11-cv-01151-RBJ-MEH   Document 38-11   Filed 04/02/12   USDC Colorado   Page 2 of 2

# Excavation Safety Competent Person

**Report Date:** 4/23/2009
**Location:** Durango, CO



EXHIBIT 22
Name Trujillo
Dt/SR 1-20-12
Richardson Reporting

| User Name | Activity Name | Attempt Start Date | Attempt Completion Date | Completion Status |
|---|---|---|---|---|
| Trujillo, Harold N | Excavation Safety Competent Person | 4/3/2002 | 4/3/2002 | Completed |
| Dobbins, Carl E | Excavation Safety Competent Person | 4/3/2002 | 4/3/2002 | Completed |
| Wakefield, Ron W | Excavation Safety Competent Person | 4/3/2002 | 4/3/2002 | Completed |
| Lucero, Danny | Excavation Safety Competent Person | 4/4/2002 | 4/4/2002 | Completed |
| Gurule, Rick S | Excavation Safety Competent Person | 4/4/2002 | 4/4/2002 | Completed |
| Thatcher, Troy L | Excavation Safety Competent Person | 4/4/2002 | 4/4/2002 | Completed |
| Couch, John R | Excavation Safety Competent Person | 4/4/2002 | 4/4/2002 | Completed |
| Thatcher, Troy L | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Couch, John R | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Trujillo, Harold N | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Lucero, Danny | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Fugate, Penne | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Wakefield, Ron W | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Maloney, Pat P | Excavation Safety Competent Person Refresher | 2/16/2006 | 2/16/2006 | Completed |
| Wakefield, Ron W | Excavation Safety Competent Person | 4/21/2008 | 4/21/2008 | Completed |
| Thatcher, Troy L | Excavation Safety Competent Person | 4/21/2008 | 4/21/2008 | Completed |
| Wakefield, Ron W | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Thatcher, Troy L | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Couch, John R | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Fugate, Penne | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Lucero, Danny | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Trujillo, Harold N | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Bushaw, Jessie | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Balliger, Sterling | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Maloney, Pat P | Excavation Safety Competent Person | 4/28/2008 | 4/28/2008 | Completed |
| Couch, John R | Excavation and Trenching PureSafety Test | 6/26/2008 | 6/26/2008 | Completed |