# EXHIBIT 12



# ATMOS energy

**EMPLOYEE SELF-SERVICE**

PERSONAL INFORMATION

Employee Name: Trujillo, Harold N    Employee Number: 11029

Overview / Instructions
Personal Information
Address
W-4 Tax Information
Emergency Contacts
Compensation
Job Assignment
Training Records
Pay Slips

## TRAINING RECORDS

### Certification/License Information

| Certificate Type | Date Issued | License Number | Company Paid? |
|---|---|---|---|
| Welder API 1104 (non-union) | Jan 27, 2009 | -- | -- |

### Operator Qualifications

| Qualification | Expiration in months | Evaluator | Qualification Method |
|---|---|---|---|
| E1 Welding in a Fixed Position using Manual Metal Arc Weld | 12 | Masse, Timothy L (Tim) | Observation |
| F1 Joining of Polyethylene Pipe with Electrofusion (Coupling fusion) | 12 | Dobbins, Carl E | Observation |
| F2 Joining of Polyethylene Pipe with Electrofusion (Saddle fusion) | 12 | Dobbins, Carl E | Observation |
| F3 Joining of Polyethylene Pipe with Heat fusion (Butt fusion) | 12 | Dobbins, Carl E | Observation |
| F4 Joining of Polyethylene Pipe with Heat fusion (Sidewall fusion) | 12 | Dobbins, Carl E | Observation |
| F6 Joining of Polyethylene Pipe with mechanical Coupling (1/2" CTS through 1" IPS) | 12 | Dobbins, Carl E | Observation |
| L1 Tapping Pipelines Under Pressure | 12 | Pottorff, Dennis C | Simulation |
| M7 Performing Valve Maintenance | 60 | Pottorff, Dennis C | Simulation |
| M8 Preventing Accidental Ignition | 36 | Pottorff, Dennis C | Simulation |

EXHIBIT 23
Name Trujillo
Dt/SR 1-26-12
Richardson Reporting

| Task | Hours | Instructor | Type |
|---|---|---|---|
| M11 Abandoning/Deactivating Gas Pipelines | 60 | Pottorff, Dennis C | Simulation |
| E1 Welding in a Fixed Position using Manual Metal Arc Weld | 12 | Masse, Timothy L (Tim) | Observation |
| E2 Welding Branch Connections using Manual Metal Arc Weld | 12 | Masse, Timothy L (Tim) | Observation |
| F1 Joining of Polyethylene Pipe with Electrofusion (Coupling fusion) | 12 | Pottorff, Dennis C | Observation |
| F2 Joining of Polyethylene Pipe with Electrofusion (Saddle fusion) | 12 | Pottorff, Dennis C | Observation |
| F3 Joining of Polyethylene Pipe with Heat fusion (Butt fusion) | 12 | Pottorff, Dennis C | Observation |
| F4 Joining of Polyethylene Pipe with Heat fusion (Sidewall fusion) | 12 | Pottorff, Dennis C | Observation |
| F6 Joining of Polyethylene Pipe with mechanical Coupling (1/2" CTS through 1" IPS) | 12 | Pottorff, Dennis C | Observation |
| H1 Installing Meters | 60 | Pottorff, Dennis C | Simulation |
| H2 Installing Regulators | 60 | Pottorff, Dennis C | Observation |
| H3 Installing Service Lines | 60 | Pottorff, Dennis C | Simulation |
| H4 Installing/Replacing Service Valves | 60 | Pottorff, Dennis C | Simulation |
| L1 Tapping Pipelines Under Pressure | 12 | Pottorff, Dennis C | Simulation |
| L2 Purging Pipelines | 36 | Pottorff, Dennis C | Simulation |
| M3 Locating and Marking Lines | 36 | Pottorff, Dennis C | Simulation |
| M13 Emergency Response | 12 | Pottorff, Dennis C | Observation |
| M15 Leak Classification | 36 | Pottorff, Dennis C | Simulation |
| M1 Surveying Leaks | 36 | Pottorff, Dennis C | Simulation |
| F1 Joining of Polyethylene Pipe with Electrofusion (Coupling fusion) | 12 | Pottorff, Dennis C | Observation |
| F2 Joining of Polyethylene Pipe with Electrofusion (Saddle fusion) | 12 | Pottorff, Dennis C | Simulation |
| F3 Joining of Polyethylene Pipe with | 12 | Pottorff, Dennis | Observation |

| Task | Hours | Evaluator | Type |
|---|---|---|---|
| Heat fusion (Butt fusion) | | C | |
| F4 Joining of Polyethylene Pipe with Heat fusion (Sidewall fusion) | 12 | Pottorff, Dennis C | Observation |
| F6 Joining of Polyethylene Pipe with mechanical Coupling (1/2" CTS through 1" IPS) | 12 | Pottorff, Dennis C | Observation |
| I1 Conducting Pipe to Soil Measurements | 60 | Pottorff, Dennis C | Simulation |
| I5 Installing CP Test leads to Pipe | 60 | Pottorff, Dennis C | Simulation |
| I6 Installing Cathodic Protection | 60 | Pottorff, Dennis C | Simulation |
| I7 Inspecting and Repairing Pipe Coating | 60 | Pottorff, Dennis C | Simulation |
| L1 Tapping Pipelines Under Pressure | 12 | Pottorff, Dennis C | Simulation |
| M13 Emergency Response | 12 | Pottorff, Dennis C | Simulation |
| E1 Welding in a Fixed Position using Manual Metal Arc Weld | 12 | Schlesener, Thomas A (Tom) | Observation |
| E2 Welding Branch Connections using Manual Metal Arc Weld | 12 | Schlesener, Thomas A (Tom) | Observation |
| L1 Tapping Pipelines Under Pressure | 12 | Pottorff, Dennis C | Simulation |
| I10 Atmospheric Corrosion | 60 | Pottorff, Dennis C | Simulation |
| I9 Internal Corrosion Control | 60 | Pottorff, Dennis C | Simulation |
| L2 Purging Pipelines | 36 | Pottorff, Dennis C | Simulation |
| M1 Surveying Leaks | 36 | Pottorff, Dennis C | Simulation |
| M4 Testing Service Lines | 60 | Pottorff, Dennis C | Simulation |
| M5 Testing Mains and Transmission Lines | 36 | Pottorff, Dennis C | Simulation |
| F1 Joining of Polyethylene Pipe with Electrofusion (Coupling fusion) | 12 | Pottorff, Dennis C | Observation |
| F3 Joining of Polyethylene Pipe with Heat fusion (Butt fusion) | 12 | Pottorff, Dennis C | Observation |



| Task | Months | Instructor | Type |
|---|---|---|---|
| F4 Joining of Polyethylene Pipe with Heat fusion (Sidewall fusion) | 12 | Pottorff, Dennis C | Observation |
| F6 Joining of Polyethylene Pipe with mechanical Coupling (1/2" CTS through 1" IPS) | 12 | Pottorff, Dennis C | Observation |
| M8 Preventing Accidental Ignition | 36 | Pottorff, Dennis C | Simulation |
| M13 Emergency Response | 12 | Pottorff, Dennis C | Simulation |
| M14 Excavation Damage Prevention | 36 | Pottorff, Dennis C | Simulation |
| M16 Recognize and React to Generic Abnormal Operating Conditions | 36 | Pottorff, Dennis C | Simulation |
| M17 Installing/Maintaining Pipeline Markers | 60 | Pottorff, Dennis C | Simulation |
| L2 Purging Pipelines | 60 | Stayton, Thomas L (Tom) | Simulation |
| M4 Testing Service Lines | 60 | Stayton, Thomas L (Tom) | Simulation |
| M11 Abandoning/Deactivating Gas Pipelines | 60 | Stayton, Thomas L (Tom) | Simulation |
| M5 Testing Mains and Transmission Lines | 60 | Stayton, Thomas L (Tom) | Simulation |
| F6 Joining of Polyethylene Pipe with mechanical Coupling (1/2" CTS through 1" IPS) | 60 | Boshinski, Joe A | Simulation |
| I6 Installing Cathodic Protection | 60 | Pottorff, Dennis C | Simulation |
| M3 Locating and Marking Lines | 60 | Boshinski, Joe A | Simulation |
| I5 Installing CP Test leads to Pipe | 60 | Pottorff, Dennis C | Simulation |
| M1 Surveying Leaks | 60 | Boshinski, Joe A | Simulation |
| H2 Installing Regulators | 60 | Boshinski, Joe A | Simulation |
| H4 Installing/Replacing Service Valves | 60 | Boshinski, Joe A | Simulation |
| H1 Installing Meters | 60 | Boshinski, Joe | Simulation |

| | | | | |
|---|---|---|---|---|
| | | | | A |
| I1 Conducting Pipe to Soil Measurements | 60 | Boshinski, Joe | Simulation | A |
| I10 Atmospheric Corrosion | 60 | Boshinski, Joe | Simulation | A |
| M7 Performing Valve Maintenance | 60 | Boshinski, Joe | Simulation | A |
| I9 Internal Corrosion Control | 60 | Boshinski, Joe | Simulation | A |
| L1 Tapping Pipelines Under Pressure | 60 | Boshinski, Joe | Simulation | A |
| I7 Inspecting and Repairing Pipe Coating | 60 | Boshinski, Joe | Simulation | A |
| M8 Preventing Accidental Ignition | 60 | Boshinski, Joe | Simulation | A |
| F4 Joining of Polyethylene Pipe with Heat fusion (Sidewall fusion) | 60 | Dobbins, Carl E | Observation | |
| F3 Joining of Polyethylene Pipe with Heat fusion (Butt fusion) | 60 | Dobbins, Carl E | Observation | |
| F1 Joining of Polyethylene Pipe with Electrofusion (Coupling fusion) | 60 | Dobbins, Carl E | Observation | |
| E1 Welding in a Fixed Position using Manual Metal Arc Weld | 60 | Masse, Timothy L (Tim) | Observation | |
| E2 Welding Branch Connections using Manual Metal Arc Weld | 60 | Masse, Timothy L (Tim) | Observation | |
| F2 Joining of Polyethylene Pipe with Electrofusion (Saddle fusion) | 60 | Pottorff, Dennis C | Observation | |
| H3 Installing Service Lines | 60 | Pottorff, Dennis C | Observation | |

*Courses Taken as of Today*

| Course Name | From | To |
|---|---|---|
| OQ Fusion Training | Mar 11, 2009 | Mar 11, 2009 |
| OQ Fusion Training | Mar 10, 2009 | Mar 10, 2009 |
| SM - Respirator Training | Mar 10, 2009 | Mar 10, 2009 |
| SM - Respirator Training | Mar 05, 2009 | Mar 05, 2009 |
| Bloodborne Pathogens | Feb 24, 2009 | Feb 24, 2009 |
| Emergency Action Plan (OSHA 1910.38) | Jan 30, 2009 | Jan 30, 2009 |

| Training | Date | Date |
|---|---|---|
| Drug/Alcohol Awareness - Employees | Jan 14, 2009 | Jan 14, 2009 |
| Security Plan Awareness Training | Nov 18, 2008 | Nov 18, 2008 |
| Emergency Procedures (DOT) | Oct 29, 2008 | Oct 29, 2008 |
| Visual Welding Inspection | Oct 27, 2008 | Oct 28, 2008 |
| SM - Ladder Safety | Oct 23, 2008 | Oct 23, 2008 |
| SM - Health Related Topics | Aug 25, 2008 | Aug 25, 2008 |
| Barricade and Channelization | May 27, 2008 | May 27, 2008 |
| SM - Preventing Back Injuries | Apr 28, 2008 | Apr 28, 2008 |
| Emergency Procedures (DOT) | Apr 28, 2008 | Apr 28, 2008 |
| Excavation Safety | Apr 28, 2008 | Apr 28, 2008 |
| National Safety Council Defensive Driving Course - 4 Hour | Apr 25, 2008 | Apr 25, 2008 |
| OQ Joining Poly Pipe Training | Mar 11, 2008 | Mar 11, 2008 |
| Respiratory Protection | Mar 05, 2008 | Mar 05, 2008 |
| Hazard Communications (Review) | Nov 20, 2007 | Nov 20, 2007 |
| SM - Weather Related Safety | Nov 20, 2007 | Nov 20, 2007 |
| SM - Personal Protective Equipment | Oct 23, 2007 | Oct 23, 2007 |
| Lock Out/Tag Out (OSHA) | Oct 23, 2007 | Oct 23, 2007 |
| SM - Preventing Injury from Dogs and Other Animals | Oct 23, 2007 | Oct 23, 2007 |
| OQ Joining Poly Pipe Training | Mar 19, 2007 | Mar 19, 2007 |
| SM - Ladder Safety | Jan 23, 2007 | Jan 23, 2007 |
| General Safety Awareness | Jan 23, 2007 | Jan 23, 2007 |
| Lock Out/Tag Out (OSHA) | Dec 19, 2006 | Dec 19, 2006 |
| Security Plan Awareness Training | Dec 04, 2006 | Dec 04, 2006 |
| Emergency Procedures (DOT) | Dec 04, 2006 | Dec 04, 2006 |
| Hazard Communication (In Depth) | Dec 04, 2006 | Dec 04, 2006 |
| SM - Preventing Injury from Dogs and Other Animals | Nov 30, 2006 | Nov 30, 2006 |
| SM - Respirator Training | Oct 24, 2006 | Oct 24, 2006 |
| Back Injury Prevention | Oct 24, 2006 | Oct 24, 2006 |
| Encroachment Awareness Meeting | Sep 13, 2006 | Sep 13, 2006 |
| Bloodborne Pathogens | Aug 30, 2006 | Aug 30, 2006 |
| First Aid, CPR, and AED.2 | Aug 30, 2006 | Aug 30, 2006 |
| National Fuel Gas Code NFPA54 (in house) | Aug 01, 2006 | Aug 02, 2006 |
| Trench Safety and Competent Person Refresher | Feb 16, 2006 | Feb 16, 2006 |
| SM - Safety Awareness | Oct 25, 2005 | Oct 25, 2005 |

| Training | Date | Date |
|---|---|---|
| SM - Respirator Training | Jul 12, 2005 | Jul 12, 2005 |
| SM - Preventing Injury from Dogs and Other Animals | Apr 25, 2005 | Apr 25, 2005 |
| SM - Home/Personal Safety | Feb 23, 2005 | Feb 23, 2005 |
| Polyethylene Pipe Fusion | Feb 22, 2005 | Feb 22, 2005 |
| Electrofusion Process | Feb 22, 2005 | Feb 22, 2005 |
| CONSTAB FITTINGS | Jan 13, 2005 | Jan 13, 2005 |
| Federal Motor Carrier Hours of Service | Jan 01, 2005 | Jan 01, 2005 |
| Security Plan Awareness Training | Nov 16, 2004 | Nov 16, 2004 |
| Emergency Action Plan (OSHA 1910.38) | Nov 16, 2004 | Nov 16, 2004 |
| Hazard Communications (Review) | Nov 16, 2004 | Nov 16, 2004 |
| Emergency Procedures (DOT) | Nov 16, 2004 | Nov 16, 2004 |
| National Safety Council Defensive Driving Course - 4 Hour | Nov 02, 2004 | Nov 02, 2004 |
| Pipe Clamps Installation | Sep 24, 2004 | Sep 24, 2004 |
| SM - Preventing Injury from Dogs and Other Animals | Sep 12, 2004 | Sep 12, 2004 |
| The Spirit of Service | Aug 18, 2004 | Aug 19, 2004 |
| Deliver the Spirit - Intro Module | Aug 16, 2004 | Aug 16, 2004 |
| Safe Backing | Jul 23, 2004 | Jul 23, 2004 |
| Handtool Rollout | Apr 01, 2004 | Apr 01, 2004 |
| SM - Health Related Topics | Mar 30, 2004 | Mar 30, 2004 |
| Safety Guide Review | Feb 26, 2004 | Feb 26, 2004 |
| Operator Qualification II for Employees | Feb 13, 2004 | Feb 13, 2004 |
| CONSTAB FITTINGS | Feb 05, 2004 | Feb 05, 2004 |
| Emergency Procedures (DOT) | Dec 11, 2003 | Dec 11, 2003 |
| Emergency Action Plan (OSHA 1910.38) | Dec 11, 2003 | Dec 11, 2003 |
| Hazard Communications (Review) | Dec 11, 2003 | Dec 11, 2003 |
| Security Plan Awareness Training | Dec 11, 2003 | Dec 11, 2003 |
| First Responder and Multi-gas instrument training | Oct 29, 2003 | Oct 29, 2003 |
| SM - Health Related Topics | Aug 27, 2003 | Aug 27, 2003 |
| First Responder and Multi-gas instrument training | Apr 09, 2003 | Apr 09, 2003 |
| SM - Natural Gas Safety | Mar 20, 2003 | Mar 20, 2003 |
| Security Plan Awareness Training | Mar 17, 2003 | Mar 17, 2003 |
| Improving Your Financial Acumen | Mar 13, 2003 | Mar 13, 2003 |
| First Responder and Multi-gas instrument training | Mar 06, 2003 | Mar 06, 2003 |
| SM - Safety Awareness | Jan 29, 2003 | Jan 29, 2003 |

| | | |
|---|---|---|
| Respiratory Protection | Nov 21, 2002 | Nov 21, 2002 |
| Emergency Procedures (DOT) | Nov 04, 2002 | Nov 04, 2002 |
| Strategic Safety Product Team Initiative Rollout | Oct 29, 2002 | Oct 29, 2002 |
| Carbon Monoxide - The Silent Killer | Sep 26, 2002 | Sep 26, 2002 |
| Emergency Procedures (DOT) | Jun 06, 2002 | Jun 06, 2002 |
| First Responder and Multi-gas instrument training | Apr 30, 2002 | Apr 30, 2002 |
| Excavation Safety | Apr 03, 2002 | Apr 03, 2002 |
| SM - Personal Protective Equipment | Mar 13, 2002 | Mar 13, 2002 |
| The Atmos Model for Customer Service | Feb 20, 2002 | Feb 20, 2002 |
| SM - Job Site Safety | Feb 13, 2002 | Feb 13, 2002 |
| FIRST AID AND ADULT CPR | Jan 23, 2002 | Jan 23, 2002 |
| General Safety Awareness | Jan 22, 2002 | Jan 22, 2002 |
| Hazard Communications (Review) | Oct 24, 2001 | Oct 24, 2001 |
| AtmoSpirit Follow-up | Aug 09, 2001 | Aug 09, 2001 |
| Multifunctional Gas Detectors | Jul 25, 2001 | Jul 25, 2001 |
| Heat Stress Prevention | Jun 13, 2001 | Jun 13, 2001 |
| AtmoSpirit | May 08, 2001 | May 10, 2001 |
| General Safety Awareness | Apr 11, 2001 | Apr 11, 2001 |
| SM - Tool Safety | Mar 14, 2001 | Mar 14, 2001 |
| General Safety Awareness | Feb 14, 2001 | Feb 14, 2001 |
| Hazard Communications (Review) | Dec 11, 2000 | Dec 11, 2000 |
| Emergency Procedures (DOT) | Oct 23, 2000 | Oct 23, 2000 |
| 272-Customer Leak Investigation | Apr 19, 2000 | Apr 19, 2000 |
| Static Electricity on Plastic Pipe | Mar 15, 2000 | Mar 15, 2000 |
| SM - Job Site Safety | Mar 08, 2000 | Mar 08, 2000 |
| SM - Natural Gas Safety | Feb 09, 2000 | Feb 09, 2000 |
| SM - Personal Protective Equipment | Jan 26, 2000 | Jan 26, 2000 |
| Emergency Procedures (DOT) | Oct 04, 1999 | Oct 04, 1999 |

© Copyright 2002 Atmos Energy Corporation. all rights reserved.