# EXHIBIT 13





**To:**     David W. Good

**From:**   Russell W. Murph

**CC:**     Gary Schlessman; Gary Manley

**Date:**   May 2, 2009

**Re:**     OSHA Inspection of Durango CO Excavation Site and Chronological Findings

---

- On April 22, 2009, and around four o'clock, I received a call from John Couch indicating OSHA had audited an excavation site where Atmos Energy employees Danny Lucero, Harold Trujillo, Sterling Balliger and Justin Dufva were relocating approximately thirty-six feet of four inch steel pipe, to accommodate the widening of CO highway 160. This excavation was on the Southwest corner of the intersection of Stewart St and La Posta Rd, in front of La Plata Electric Association, in Durango CO.
- John had completed his scheduled activities and stopped by the excavation site to check on the progress. Danny advised John of the OSHA inspection and that he had not notified Troy. Recognizing the significance of what took place; John attempted to contact Troy Thatcher. John was unable to reach Troy and left him a message. Following protocol, John called me and reported that a few hours earlier, a Compliance Officer with OSHA (Occupational Safety and Health Administration), had inspected our excavation. The inspection identified three probable/potential violations. The probable/potential violations are:
    - o  Improper shore/slope/shielding for an excavation of five feet in depth or more.
    - o  Improper storage of excavated material. The excavated material was located less than two feet from the edge of the excavation.
    - o  Inadequate ingress and egress of an excavation of four feet in depth or more.
  I requested John document the site by taking pictures. He said he would and added that the site was altered since the inspection. Danny had relocated the spoils to a distance greater than two feet from the edge of the excavation, he had changed the bench for the top foot and half of the excavation and that they had completed the project.
- After completing the conversation with John, I called Danny to gain his prospective on the situation. His account mirrored John's. In addition, he added that the OSHA inspector measured the ditch and asked Danny to call out the measurement. Danny read it at five feet seven inches. The inspector replied, "five nine". Danny said that the inspector measured the ditch at an angle from the bottom middle of the ditch to the top edge. I asked Danny if he was qualified and trained as a competent person and he responded yes. When I asked him if the ditch met the OSHA safety standards, he made a few excuses, then said no and identified the same potential violations as outlined to him by the inspector. The last thing Danny shared with me was his reply to the inspector concerning the type of soil that he was dealing with. Danny said he told the inspector that the soil was type A when he started and that at the time of inspection it had changed to type C soil. He said the inspector ~~strongly~~ said Colorado does not have a type A soil. I asked Danny to focus on compliance with all safety procedures, keep a clear head and I would talk to him more about this situation later.
- With this information, I called Dave Good and Rob Mosher advising them of the situation. During the conversation with Rob, I requested that he quickly research and provide me with all documentation and sign in sheets relating to Competent Person Training.
- On April 23, 2009, I called Harold to gain his perspective. Harold said ~~upon returning from the bathroom~~ he was confronted by an OSHA inspector asking why he did not have his safety vest on.



He replied that he just returned form the bathroom and had to take it off due to his suspenders.  He recounted that the inspector asked him if he had been in the ditch and he replied yes.  The inspector continued asking why he could not see him in the ditch from the road and Harold said that he was laying down welding.  When asked by the inspector who was in charge, he replied well I guess me.  ~~When asked by the inspector, who was in charge, Harold said I guess me.~~  I asked him what the inspector said about the excavation.  He said the same as Danny and John.  I asked him if he was a trained Competent Person and he said yes.  I asked him based on his training and experience was it safe and he replied that they left the spoils too close, the ditch was too deep but that he wouldn't have entered it if he didn't feel safe and it had good egress and ingress.  I told Harold that we would talk more about this and that between now and then focus on full compliance with our safety policies.

- As a result of this conversation, I concluded that Danny and Harold's actions warranted further investigation and imposed their temporary disqualification from being able to perform any covered Operator Qualification task associated with excavation.  Upon the completion of the investigation, Qualification Status, based on the results determined, may be reinstated or reviewed by the OQ team.  I discussed this type of disqualification with Mr. Good; and, He agreed.  After arranging for their investigation disqualification from performing Tasks M14 (Excavation Damage Prevention) and G3 (Installation / Excavation of Pipeline), I drove to Durango.

- I drove straight to the excavation site to see the excavation first hand and requested that John Couch meet me there with the pictures.  One of the pictures was taken prior to making any adjustments following the OSHA inspection.  All of the rest were taken after attempting to comply with OSHA's safety recommendations.  On site observations and these pictures show inadequate shore/slope/bench of the excavation site both before and after efforts to make the excavation safe were attempted.   The one picture taken prior to any corrective efforts did show the excavated material closer than two feet from the edge of the excavation.  I could not conclusively determine from any of the pictures whether or not inadequate egress/ingress ever existed.  The Atmos pictures that indicate the excavation at slightly less than five feet were taken after the spoil pile was relocated and after further benching took place to the top one and one-half feet of the excavation.  Therefore, it can not be ruled out that material fell into the ditch during the excavation activities to make the ditch safe.

- On April 24, 2009, I met with Danny, Harold, Sterling and Justin.  At the beginning of the meeting it was indicated that John requested each of them document what happened the day of the inspection.  Danny, Sterling and Justin provided their documentation.  Harold indicated that he did not write anything about it.  The four employees recounted what had been stated so far and that they had been individually interviewed.  During Harold's interview he was given the business card for Mike J. (Mac) McWilliams who was the Compliance Officer for Occupational Safety and Health Administration out of Englewood Area Office; and, Harold was asked to complete some paper work about Atmos.  I drew a sketch of the ditch and all agreed with the accuracy of the sketch as depicted at the time of the inspection.

- Meeting with Danny individually I asked:
  - Have you received Competent Persons and Excavation Safety Training?  **Yes**
  - When?  **Can't remember but was a couple of years ago.**
  - I showed Danny the formal training dated (Refresher 4-3-06 and Competent Person & Excavation Safety Training 2-16-02) that were provide by Rob and asked if he agreed with them.  **Yes**
  - I had Danny pull up his ESS training records and discussed the safety meetings and training dates provided there.  **He said that it looks about right.**
  - With the training, experience and policy awareness, why would you choose not to follow the procedures?
    - **Not to make excuses but there was flowers and landscape in the way.**
    - **Just didn't think OSHA would be that critical.**
  - Do you remember the meeting on March 18th where I discussed that we must adhere to all of our safety policies outlining PPE, Trench Safety, Shoring and Cones etc.?  **Yes**

Atmos Energy Corporation
120 South 6th Street, Canon City, CO 81212
P 719-275-3338 ext 202   F 719-275-2088   atmosenergy.com

**ATMOS energy**

- o Where have Troy and I failed in communicating the importance of safety? **You guys haven't. I can't say that you have failed or not communicated enough. It was just crowded around the area and I didn't want to get onto private property.**
- o What could you have done differently with the excavation site?
    - ▪ **Take more time.**
    - ▪ **Put spoils on the other side (road side) too.**
    - ▪ **Ask the state where I could store the spoils that was out of their way too.**
- o What example of safety are you setting for our new employees? **Not a good example, if they do what I do, it wouldn't be safe.**
- o What does safety mean to you? **Me and my co-workers go home safe and we keep expenses down.**
- o Did you know better than to leave a ditch like that? **Yes and if I didn't I should have.**
- o Should you have let anyone enter the ditch?
    - ▪ **I didn't think that there was any danger.**
    - ▪ **It looked close enough.**
    - ▪ **Should have got my tape out.**
    - ▪ **In the past I have seen danger in the ditch and got them out until it was corrected.**
- o Did you recently receive an OSHA e-mail from Troy about trench safety? **Not that I know of.**
    - • I requested that he open his in-box and deleted folder and did not see it there. Troy e-mailed the OSHA Cave-in Hazard Fine pdf. to all Durango employees on April 17, 2009.
- o Do you remember a recent conversation or ditch line meeting about OSHA concerns and the importance of following all safety procedures signage / traffic control / PPE's / Shoring? **Yes, he discussed it while we were working on the West 3rd and West 2nd replacement job.** (Troy has documented the discussion occurred on 3-25-09)
- o Do we have shoring equipment? **Yes**
    - ▪ Have you used it? **No**
    - ▪ Why? **We went to contractors and just haven't needed it. It has never even been off of the trailer.**
- o How long have we had it? **I don't know maybe 2 or 3 years.**
    - ▪ If used would it have solved the benching violation? **I think it would've; but, I don't know how it works.**
- o Do you have all of the tools and training necessary to have avoided this violation? **Yes**
- o Is there anything you don't have? **No. Just should've taken more time.**
- o We have had the equipment for 2-3 years and you don't know how it works? **No**
- o Why not? **Never been a need.**
- o Took him out and showed him the shoring equipment and asked if it would have worked? **Yes, could've moved it back and forth to keep Harold safe.**
- o Do you know where more shoring equipment is? **Yes, rental.**
- o Do you have the latitude to rent the equipment without asking for permission? **Yes**
- o Why did you not call Troy or me? **Just got busy making the ditch right and was going to call John then John showed up.**
- o Why did you let 2 hours go by without notifying a supervisor? **Just started fixing the ditch.**
- o Did you not think that it was serious enough? **Oh yes, I knew it was serious.**
- o If there is anything about safety that you don't know, who can you ask?
    - ▪ **Safety Team Lead John Couch**
    - ▪ **Supervisor Troy Thatcher**
    - ▪ **Supervisor Dennis Pottorff**
    - ▪ **You (Murph)**
    - ▪ **Rob Mosher**

Atmos Energy Corporation
120 South 6th Street, Canon City, CO 81212
P 719-275-3338 ext 202   F 719-275-2088   atmosenergy.com



- Harold Nelson
  - o Did you ever receive an Employee Safety Guide (showed him the guide)? **Yes**
  - o What is the purpose of the guide? **What to do daily.**
  - o Do you know how to access the Safety Manual on line? **Have done it; but, can't remember right now.**
  - o So you have been trained on how to access the Safety Manual? **Yes**
  - o I walked Danny through the access process. **I remember doing it before.**
  - o Summarized Expectations.
    - Minimum expectation of each and every employee.
    - Can't pick and choose what safety policies we use. These policies are all important and there is no option as to not implement them in their entirety.
    - By not following our policies, you placed yourself and the other employees in danger.
    - Your actions have limited our ability to ensure the safety of the public that we serve.
    - This is a serious offence for you individually and for our Company.
    - I will get back with you to discuss next steps and what discipline is to follow.
    - Follow all safety policies exactly.
    - Keep a clear head so as to not have any more infractions.
    - Call Troy or me if anything comes up.
- Meeting with Harold individually I asked:
  - o Have you received Competent Persons and Excavation Safety Training? **Yes, plus covered Excavation Safety Policy on Thursday after the event.**
  - o When? **Can't remember but I have done it.**
  - o I showed Harold the formal training dated (Refresher 4-3-06 and Competent Person & Excavation Safety Training 2-16-02) that were provide by Rob and asked if he agreed with them. **Yes.**
  - o I had Harold pull up his ESS training records and discussed the safety meetings and training dates provided there. **Harold said nothing.**
  - o With the training, experience and policy awareness, why would you choose not to follow the procedures?
    - **No idea.**
    - **All of the holes our guy's dig are too small.**
    - **The contractors do it right.**
    - **It's like our guys are trying to make me fail.**
    - **When I arrived the ditch was in the condition that OSHA found it.**
      - In that condition, was the ditch safe? **It would've been better if it was wider; but, if I couldn't get them to dig it deeper, do you think I could get them to dig it wider.**
      - So, to you it wasn't safe. **No it wasn't safe...just tired of bitching about it.**
      - Knowing that it wasn't safe, based on your training and experience, why did you get in the ditch?
        - o **Job had to get done.**
        - o **They weren't going to change it anyway.**
        - o **If I had known that I had the right to make them fix it, I would've done it.**
      - Do you have the skills and ability to make the situation safe yourself? **Yes.**
    - Then, why did you not choose to do it yourself?
      - **I assumed that they would have done it.**
      - **If I'm going to do that I should've dug it myself**
      - **I could've done it.**

Atmos Energy Corporation
120 South 6th Street, Canon City, CO 81212
P 719-275-3338 ext 202  F 719-275-2088  atmosenergy.com

**ATMOS**
energy

- What would have been the better thing to do?
  - **Make it wider.**
  - **Told them that when they get it fixed then I'll do my welding.**
  - o   Troy said that Danny called him to have Harold come by and approve the hole Monday.  Have not followed up.
- o   Do you remember the meeting on March 18th where I discussed that we must adhere to all of our safety policies outlining PPE, Trench Safety, Shoring and Cones etc.?  **Yes**
- o   Why did you not shut the Job down?  **I didn't know that I could.  When I have complained in the past, the boss would say that it is OK.**
  - ▪ Has Troy ever said that?  **Haven't called Troy so don't know.**
- o   Where have Troy and I failed in communicating the importance of safety?
  - ▪ **I don't think that you have failed.**
  - ▪ **Everything has changed.**
  - ▪ **Contractors have asked why they are held to a higher standard.**
    - You know of an instance where we have not done our job right?  **Yes.  I tell them to change it but they don't.**
    - Do you tell Troy that they are not doing it right?  **The only thing that I tell Troy is that they dig tight bell holes.  In conversation with me not told to Troy...Some of the ditch doesn't even have warning tape.**
    - You know for sure that there is no warning tape?  **Yes**
    - How?  **I dug it up.**
    - What did you do?  **Put warning tape in.**
    - And you haven't told Troy?  **No.**
    - Why would you not tell Troy?  **I tell him everything unless I forget.**
    - Do you not think that it is important enough to tell Troy?  **Yes.  Don't think that the others think Troy thinks it is important.**
    - What does the construction manual say?  **Put in warning tape.**
    - Do you feel that, if you know about these construction practices and safety short cuts, and don't tell Troy, you are responsible too?  **Yes**
    - Yet you don't do anything about it?  **When I'm there, I do; but, when I am not there I can't do anything about it.**
- o   What could you have done differently with the excavation site?  **You expect me to fix their work; then, why send them in the first place.**
  - ▪ Yes.  **I expect an employee of your skill, knowledge, ability and training to not put you or our employees in an unsafe environment.**
    - If it wasn't right, who could you call?  **Call a boss.**
      - o   Who?
        - ▪ **Troy**
        - ▪ **You (Murph)**
        - ▪ **Jed**
        - ▪ **Rob**
- o   What example of safety are you setting for our new employees?  **Were not.  We are saying whether it is safe or not do your job; and, that is what I've been doing since I've been here.**
- o   What does safety mean to you?  **Go home, see the ole lady, drink a beer, and see the grandbabies, fishing and hunting.  Life at the end of the day unhurt.**
- o   Did you know better than to leave a ditch like that?  **Yes**
- o   Should you have let anyone enter the ditch?  **No**
- o   Did you recently receive an OSHA e-mail from Troy about trench safety?  **Don't know.**
  - I requested that he open his in-box and deleted folder and did not see it there. ~~I requested that he open his in-box and deleted folder and did not see it there.~~  Troy e-mailed the OSHA Cave-in Hazard Fine pdf. to all

Atmos Energy Corporation
120 South 6th Street, Canon City, CO 81212
P 719-275-3338 ext 202   F 719-275-2088   atmosenergy.com

**ATMOS**
energy

Durango employees on April 17, 2009.  Troy actually helped Harold print it off.  Harold gave me the back page of it and said that Mike with OSHA gave it to him.  When questioned, he did not remember printing it off.

- o Do you remember a recent conversation or ditch line meeting about OSHA concerns and the importance of following all safety procedures signage / traffic control / PPE's / Shoring?  **Just remember he said put some signs up.**
- o Do we have shoring equipment?  **Yes**
  - ▪ Have you used it?  **No.  Never had to.  It's never been off of the trailer**
  - ▪ Why?  **Never needed it because of ditches not being that deep.**
- o How long have we had it?  **2 to 3 years.**
  - ▪ If used would it have solved the benching violation?  **Yes.  They would have complained about it; but, OSHA would not have fined us.**
- o Do you have all of the tools and training necessary to have avoided this violation?  **I have never used them but if they work we got them.**
- o Is there anything you don't have?  **Not that I know of.**
- o We have had the equipment for 2-3 years and you don't know how it works?  **Both sets are new and I've never used them.  Don't know if they work.**
- o Why not?  **Never been in a deep enough hole.**
  - ▪ How about Wednesday?  **Yes, that would have been the time to use it.**
- o Together we looked at the equipment in the shop.
- o Do you know where more shoring equipment is?  **No.  Well maybe Target, Teds or maybe Fugal.**
- o Do you have the latitude to rent the equipment without asking for permission?  **Yes**
- o Why did you not call Troy or me?  **Didn't think about it.  Was just thinking about getting the job done.**
- o Why did you let 2 hours go by without notifying a supervisor?  **Started to call John then just focused on the pipe and the job.**
- o If there is anything about safety that you don't know, who can you ask?
  - ▪ **Troy**
  - ▪ **John Couch**
  - ▪ **Ron Wakefield**
  - ▪ **You (Murph)**
  - ▪ **All Supervisors**
  - ▪ **Rob**
- o Did you ever receive an Employee Safety Guide (showed him the guide)?  **Yes**
- o What is the purpose of the guide?  **Remind us to be safe and we can get help anywhere anytime.**
- o Do you know how to access the Safety Manual on line?  **Not really.  Would have to get some coaching.**
- o So you have been trained on how to access the Safety Manual?  **Not that I remember.**
- o I walked Harold through the access process.
- o Summarized Expectations.
  - ▪ Minimum expectation of each and every employee.
  - ▪ Can't pick and choose what safety policies we use.  These policies are all important and there is no option as to not implement them in their entirety.
  - ▪ By not following our policies, you placed yourself and the other employees in danger.
  - ▪ Your actions have limited our ability to ensure the safety of the public that we serve.
  - ▪ This is a serious offence for you individually and for our Company.
  - ▪ I will get back with you to discuss next steps and what discipline is to follow.
  - ▪ Follow all safety policies exactly.



- Keep a clear head so as to not have any more infractions.
- Call Troy or me if anything comes up.

- I called in Sterling and Justin to discuss the practice of installing warning tape. They said that Danny and they had installed warning tape during the installation of the main. When they dug up the main to install the tap and new service line, they had forgotten to re-install the tape on one or two.
- Summarized Expectations.
  o Minimum expectation of each and every employee.
  o Can't pick and choose what safety policies we use. These policies are all important and there is no option as to not implement them in their entirety.
  o Made sure that they could both navigate to the on-line Safety Manual.
  o Verified that they had received the Employee Safety Guide.
  o Advised them that they had the latitude to stop and shut down any job for any reason to verify that they understand what is going on and to ensure that all safety procedures are in place.
    - **They both said that Sterling had been directed by Harold to enter a bell hole; and, due to safety concerns, he refused.**
  o Verified that they knew the location of our shoring equipment; and, that they knew that they had the latitude to rent any safety equipment needed.
  o Advised them that they familiarize themselves with all safety policies and associated links, service manuals and construction manuals.
- They asked about their situation. I advised them that this is probably as far as this will go with them and there will probably not be any discipline.

On April 22, 2009 between 1:15pm and 1:45pm, I and three others working for Atmos Energy reloctating a four inch medium pressure gas line at the intersection of Stewart and Frontage road had an encounter with an OSHA officer. This is my (Sterling Balliger) statement recounting the events that followed. The OSHA officer pulled up between 1:15pm and 1:45pm and asked who was in charged. I told him that Harold was in charged and he would be out of the restroom in a minute. In the meantime he pulled out a tape measure and began to measure the north and south running hole that was dug two days prior. He asked Danny "what does the tape read" Danny replied it reads "five foot seven inches" the OSHA officer said "it reads five foot nine inches". Then he asked us all if any of us had been the ditch today. I told him that I had and JT told him the same. Danny told him that he had not been in the ditch today. The OSHA officer asked me to come to his car so that he could ask me some questions. Here are his questions along with my responses.

OSHA officer "how long have you worked on this job site?"

My response   "I have been working here for two days." (However on reflection I actually had been there for three days)

OSHA officer "how long have you been the ditch today?"

My response "what part of the ditch are you talking about. He said. "The part of the ditch that I measured". I told him. "I have been in and out of that ditch for twenty five to thirty minutes".

OSHA officer "who told you to get in the ditch.

My response "no one there is work to do, so I just try to do my job. He said, that doesn't work for me someone had to tell you. I said then it was Harold.

OSHA officer "How long have you worked for the gas company?"

My response "I have been working for the company for a little over a year".

After these questions he told me, "go and get the other young man (JT)". He interviewed JT. After interviewing JT he then interviewed Harold. He talked to Harold and Danny out of my hearing distance for a little while longer, and then left.

*provided by sterling*

4/22/09 - 1:15 - 1:45 pm OSHA Mike

Mike Drove by looked in the hole twice,
Mike Measured Hole 5'9"
    " ASKED FOR LEADER of The Job
    harold was AT The Super 8 using the Restroom
Mike measured The hole with his TAPE measure at A 60° ANGle
    " Took Sterling to his CAR For Questioning
    " Took myself For questioning (Alone)
Took Down NAME, ADDRESS, Phone #.
    MIKE ASKED How long I had BEEN with AT MoS (2 months
    " " " " I had BEEN IN The BELL Hole
A! I TOLD HIM I had Been working AT this Job For
Three DAYS But had only been IN AND OUT OF The
Hole For 4 hours on tuesDAY AND Six on wednesDAY
HAROLD went to tAlk to mike
    Mike CAME BACK AND Talked to DANNY AND
HAROLD TOGETHER by the Bell Hole
    Mike GAVE HAROLD A paper to Fill out
    Mike LeFT
WE FIXED The BELL Hole, 15" NEEDED For Spoil AWAY
From Ditch,
    LATER WednesDAY John Sterling, AND myself
Took pictures For EVIDENCE

provided by Justin

4/22/09
1:15 P to 1:45

Mike with OSHA. pulled up with measuring tape measured Ditch. asked me what tape measured. I told him 5' 7". His response was I read it as 5' 9". No Comit. He then asked me who was In Charge of the Job. I told him Harold was and But I'm the one that Done all the Digging on the trench. so I'm Responsible for that he asked me what type of Soil that was and I told him it was type A at first But it's Down to type C.

*provided by Tammy*