# EXHIBIT 14

**U.S. DEPARTMENT OF LABOR**
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
ENGLEWOOD AREA OFFICE
7935 EAST PRENTICE AVENUE, SUITE 209
Greenwood Village, CO 80111-2714
Phone: (303)843-4500  FAX: 303-843-4515




## Citation and Notification of Penalty

**To:**
Atmos Energy, Inc.
and its successors
120 S. 6th St.
Canon City, CO 81212

**Inspection Site:**
Stewert & Frontage Rd.
Durango, CO 81301

**Inspection Number:**  312140171
**Inspection Date(s):**  04/22/2009-04/22/2009
**Issuance Date:**  05/07/2009

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal

conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 5 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** - You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to your inspection will be available 30 calendar days after the Citation Issuance Date. You are encouraged to review the information concerning your establishment at WWW.OSHA.GOV. If you have any dispute with the accuracy of the information displayed, please contact this office.

**Notification of Corrective Action** - for <u>each</u> violation which you do not contest, you are required by 29 CFR 1903.19 to submit an Abatement Certification to the Area Director of the OSHA office issuing the citation

and identified above. The certification **must** be sent by you within **10 calendar days** of the abatement date indicated on the citation. For **Willful** and **Repeat** violation, documents (examples: photos, copies of receipts, training records, etc.) demonstration that abatement is complete must accompany the certification. Where the citation is classified as **Serious** and the citations states that abatement documentation is required, documents such as those described above are required to submitted along with abatement certificate. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item.

**All abatement verification documents must contain the following information: 1)** Your name and address; **2)** the inspection number (found on the front page); **3)** the citation and citation item number(s) to which the submission relates; **4)** a statement that the information is accurate; **5)** the signature of the employer or employer's authorized representative; **6)** the date the hazard was corrected; **7)** a brief statement of how the hazard was corrected; and **8)** a statement that affected employees and their representatives have been informed of the abetment.

The law also requires a copy of all abatement verification documents, required by 29 CFR 1903.19 to be sent to OSHA, also be posted at the location where the violation appeared and the corrective action took place.

## Abatement-Certification Letter

John Healy, Area Director
U.S. Department of Labor-OSHA
7935 East Prentice Avenue, Suite 209
Greenwood Village, CO 80111
(303) 843-4500          Fax: (303) 843-4515


Atmos Energy, Inc.
120 S. 6th St.
Canon City, CO 81212


The hazard referenced in Inspection Number _____ for violation identified as:
Citation _____ and item _____ was corrected on _____ by what method _____
_____
_____

The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____
_____

The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____
_____
_____

The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____
_____

The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____
_____
_____

The affected employees and their representative have been informed of the above abatement measures.

I attest that the information contained in this document is accurate.

_____
**Signature**


_____
**Typed or Printed Name**

U.S. Department of Labor
Occupational Safety and Health Administration

## NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on 05/07/2009. The conference will be held at the OSHA office located at 7935 E. Prentice Avenue, Suite 209, Greenwood Village, CO, 80111-2714 on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 312140171
Inspection Dates: 04/22/2009 - 04/22/2009
Issuance Date:    05/07/2009



## Citation and Notification of Penalty

**Company Name:**   Atmos Energy, Inc.
**Inspection Site:**   Stewert & Frontage Rd., Durango, CO  81301

---

Citation 1 Item 1  Type of Violation:   **Repeat**

29 CFR 1926.651(j)(2): Protection was not provided by placing and keeping excavated or other materials or equipment at least 2 feet (.61m) from the edge of excavations, or by the use of retaining devices that were sufficient to prevent materials or equipment from falling or rolling into excavations, or by a combination of both if necessary:

a) On or about April 22, 2009 employees were exposed to injury while working in a trench where the spoil pile had not been removed back at least two (2) feet from the edge of the trench.

ATmos Energy, Inc., was previously cited for a violation of this Occupational Safety and Health standard or its equivalent standard 29 CFR 1926.651(j)(2) which was contained in OSHA inspection 310441092 citation number 1 item 3 issued on January 8, 2008 with respect to a workplace located at 45 miles between Justin and Frisco, TX 76247.

Abatement Note:   Abatement certification is required for this item (see enclosed "Sample Abatement-Certification Letter").

    Date By Which Violation Must be Abated:                             05/13/2009
    Proposed Penalty:                                                           $    7500.00

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6 of 7                         OSHA-2 (Rev. 9/93)

05/14/2009 THU 9:29 FAX 9702596198 ATMOS ENERGY →→→ Canon Office                    ☑008/010

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 312140171
Inspection Dates: 04/22/2009 - 04/22/2009
Issuance Date:     05/07/2009



## Citation and Notification of Penalty

Company Name:  Atmos Energy, Inc.
Inspection Site:   Stewert & Frontage Rd., Durango, CO  81301

---

Citation 1 Item 2  Type of Violation:  **Repeat**

29 CFR 1926.652(a)(1): Each employee in an excavation was not protected from cave-ins by an adequate protective system designed in accordance with paragraph (b) or (c) of this section: employees performing trench excavation activities were not protected from cave-ins by the use of a protective system:

a) On or about April 22, 2009 employees were exposed to injury while working in a trench without an adequate protective system.

Atmos Energy, Inc., was previously cited for a violation of this Occupational Safety and Health standard or its equivalent standard 29 CFR 1926.652(a)(1) which was contained in OSHA inspection 310441092 citation number 1 item 4 issued on January 8, 2008 with respect to a workplace located at 45 miles between Justin and Frisco, TX 76247.

Abatement Note:   Abatement certification is required for this item (see enclosed "Sample Abatement-Certification Letter").

   Date By Which Violation Must be Abated:                          05/13/2009
   Proposed Penalty:                                        $    12500.00

                                                JOHN J. HEALY
                                                Area Director

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty           Page 7 of 7                    OSHA-2 (Rev. 9/93)