# EXHIBIT 15

US DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

IN THE MATTER OF    Atmos Energy, Inc.
                    OSHA No.(s): 312140171

## INFORMAL SETTLEMENT AGREEMENT

The undersigned Employer and the undersigned Occupational Safety and Health Administration (OSHA), in settlement of the above citation(s) and penalties which were issued on 05/07/09, hereby agree as follows:

1.  The Employer agrees to correct the violations as cited in the above citations or as amended below.

2.  The Employer agrees to pay the proposed penalties, if any, as issued with the above citation(s) associated with the above inspection, or, if amended by this agreement, as amended below.

3.  The Employer agrees to pay any penalties due by 06/15/09 If not paid by this date, the full penalty originally assessed shall become due and payable.

4.  The Employer and OSHA agree that the following citations and penalties, if any, are not being amended:

    None

5.  OSHA agrees that the citations and penalties are being amended as shown on the attached citation:

    Cit 01 Item 001
    Cit 01 Item 002

6.  The Employer agrees to continue to comply with the applicable provisions of the Occupational Safety and Health Act of 1970, and the applicable safety and health standards promulgated pursuant to the Act.

7.  The Employer agrees to establish a safety and health program which includes audits to assure compliance with OSHA regulations, and safety and health training to reduce hazards in the workplace.

8. The Employer, by signing this informal settlement agreement, hereby waives its rights to contest the above citation(s) and penalties, as amended in paragraphs 4 and 5 of this agreement.

9. The Employer agrees to immediately post a copy of this Settlement Agreement in a prominent place at or near the location of the violation(s) referred to in paragraphs 4 and 5 above. This Settlement Agreement must remain posted until the violations cited have been corrected, or for 3 working days (excluding weekends and Federal Holidays), whichever is longer.

10. By entering into this agreement, the Employer does not admit that it violated the cited standards for any litigation or purpose other than a subsequent proceeding under the Occupational Safety and Health Act.

11. Each party to this proceeding agrees to bear its own costs, fees, and expenses incurred at each and every stage of this proceeding.

_____
(For the Employer)

_____
(For Occupational Safety And Health Administration)
JOHN J. HEALY

__5/28/09_____ (Date)


NOTICE TO EMPLOYEES

The law gives you or your representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable. Any contest to the abatement dates of the citations amended in paragraph 3 of this Settlement Agreement must be mailed to the U.S. Department of Labor Area Office at 7935 E. Prentice Avenue, Suite 209, Greenwood Village, Colorado 80111-2714, within 15 working days (excluding weekends and federal holidays) of the receipt of the Employer of this Settlement Agreement. You or your representative also have the right to object to any of the abatement dates set for violations, which were not amended, provided that the objection is mailed to the office shown above within the 15 working day period established by the original citation.

U.S. Department of Labor
Occupational Safety and Health Administration

Inspection Number: 312140171
Inspection Dates: 04/22/2009 - 04/22/2009
Issuance Date:         05/07/2009



## Citation and Notification of Penalty

**Company Name:** Atmos Energy, Inc.
**Inspection Site:** Stewert & Frontage Rd., Durango, CO  81301

---

Citation 1 Item 1   Type of Violation:   ~~Repeat~~ Serious

29 CFR 1926.651(j)(2): Protection was not provided by placing and keeping excavated or other materials or equipment at least 2 feet (.61m) from the edge of excavations, or by the use of retaining devices that were sufficient to prevent materials or equipment from falling or rolling into excavations, or by a combination of both if necessary:

a) On or about April 22, 2009 employees were exposed to injury while working in a trench where the spoil pile had not been removed back at least two (2) feet from the edge of the trench.

ATmos Energy, Inc., was previously cited for a violation of this Occupational Safety and Health standard or its equivalent standard 29 CFR 1926.651(j)(2) which was contained in OSHA inspection 310441092 citation number 1 item 3 issued on January 8, 2008 with respect to a workplace located at 45 miles between Justin and Frisco, TX 76247.

**Abatement Note:**   Abatement certification is required for this item (see enclosed "Sample Abatement-Certification Letter").

    Date By Which Violation Must be Abated:         05/13/2009
    Proposed Penalty:                                 $     7500.00

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 312140171
Inspection Dates: 04/22/2009 - 04/22/2009
Issuance Date:     05/07/2009



## Citation and Notification of Penalty

**Company Name:** Atmos Energy, Inc.
**Inspection Site:** Stewert & Frontage Rd., Durango, CO  81301

---

Citation 1 Item 2  Type of Violation:  ~~Repeat~~  Serious                                      $\mathcal{D}_7$

29 CFR 1926.652(a)(1): Each employee in an excavation was not protected from cave-ins by an adequate protective system designed in accordance with paragraph (b) or (c) of this section: employees performing trench excavation activities were not protected from cave-ins by the use of a protective system:

a) On or about April 22, 2009 employees were exposed to injury while working in a trench without an adequate protective system.

Atmos Energy, Inc., was previously cited for a violation of this Occupational Safety and Health standard or its equivalent standard 29 CFR 1926.652(a)(1) which was contained in OSHA inspection 310441092 citation number 1 item 4 issued on January 8, 2008 with respect to a workplace located at 45 miles between Justin and Frisco, TX 76247.

**Abatement Note:**  Abatement certification is required for this item (see enclosed "Sample Abatement-Certification Letter").

     Date By Which Violation Must be Abated:            05/13/2009
     Proposed Penalty:                                     $    12500.00

JOHN J. HEALY
Area Director

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

U.S. Department of Labor
Occupational Safety and Health Administration
7935 E. Prentice Avenue
Suite 209
Greenwood Village, CO 80111-2714
Phone: (303)843-4500  FAX: 303-843-4515



# INVOICE/
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | Atmos Energy, Inc. |
| **Inspection Site:** | Stewert & Frontage Rd., Durango, CO 81301 |
| **Issuance Date:** | 05/07/2009 |

**Summary of Penalties for Inspection Number  312140171**

Citation 1, ~~Repeat~~ Serious      = $   20000.00
**TOTAL PROPOSED PENALTIES**   = $   20000.00

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.

OSHA does not agree to any restrictions or conditions put on any check or money order for less than the full amount due and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**. Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is 5%. Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

## Abatement-Certification Letter

John Healy, Area Director
U.S. Department of Labor-OSHA
7935 East Prentice Avenue, Suite 209
Greenwood Village, CO  80111
(303) 843-4500            Fax: (303) 843-4515


Atmos Energy, Inc.
120 S. 6th St.
Canon City, CO  81212


The hazard referenced in Inspection Number __312140171__ for violation identified as:
Citation __1__ and item __1__ was corrected on __April 22, 09__ by what method __Backhoe moved soil pipe more than two feet from the edge of the trench.__

The hazard referenced in Inspection Number __312140171__ for violation identified as
Citation __1__ and item __2__ was corrected on __April 22, 09__ by what method __by benching the sides of the ditch that was in violation of depth.__

The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____


The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____


The hazard referenced in Inspection Number _____ for violation identified as
Citation _____ and item _____ was corrected on _____ by what method _____


The affected employees and their representative have been informed of the above abatement measures.

I attest that the information contained in this document is accurate.

_____
Signature

__John Wilk__
Typed or Printed Name