# EXHIBIT 16

3038947830          civil rights division                                    03:43:57 p.r.    11-10-2009          5/6

# CHARGE OF DISCRIMINATION

EEOC Charge Number

The Privacy Act of 1974 affects this form.
See Privacy Act Statement before completing this form.

### COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name (Charging Party) | | (Area Code) Telephone |
|---|---|---|
| Harold N. T. Trujillo | | (970) 759-9467 |
| Street Address | City, State, and Zip Code | County |
| 333 East 7th Ave., | DURANGO, CO 81301 | LA PLATA |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name (Respondent) | Number of Employees | (Area Code) Telephone |
|---|---|---|
| Atmos Energy Corporation | 4000 | (970) 385-3282 |
| Street Address | City, State, and Zip Code | County |
| 107 Jameson Dr. | DURANGO, CO 81301 | LA PLATA |

| Discrimination Based On: | Date Most Recent Discrimination Occurred |
|---|---|
| Age: 55-59 | May 12, 2009 |

I. **Jurisdiction:** The Colorado Civil Rights Commission has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Commission and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

II. **Personal Harm:** That on or about May 12, 2009, I was discharged from the position of Distribution Operator on the basis of my age, 60 (8/29/49).

III. **Respondent's Position:** Unknown.

IV. **Discrimination Statement:** I believe I was unlawfully discriminated against because: of my age in violation of the Age Discrimination in Employment Act and the Colorado Anti-Discrimination Act (CADA). 1) I began employment with the Respondent in 1983 and at all times performed my job duties satisfactorily. 2) On May 12, 2009, my employment was terminated. 3) Prior to the date of my filing, I had notified the Respondent of my plans to not retire for another four more years. It is of my belief that for disclosing this information, I was discharged.

V. **WHEREFORE,** the Charging Party prays that the Colorado Civil Rights Commission cause said Respondent(s) to cease and desist from the unfair and discriminatory practices set forth above; to order back pay, reinstatement, reinstatement of benefits and all other benefits to which I may be entitled; to provide assurance against retaliation; and to grant such other and further relief as may exist within the Commission's power and which the Commission may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local Agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 10-Nov-2009        Charging Party/Complainant (Signature) _____

I. **Jurisdiction:** The Colorado Civil Rights Commission has jurisdiction over the subject matter of this charge; that each

F-07. Charge Form


EXHIBIT 2
Name Trujillo
Dt/SR 1-20-12
Richardson Reporting

# Statement of Discrimination
## Instructions for Completion

The information provided on this form is your opportunity to provide us with as much information as possible to help us best understand your claim. It is important that you include at least the following:

- A detailed chronological explanation of the events that led to the action that is the basis of this complaint.

- Identify all persons who were involved. Identify each person by first and last name and job title. Explain their role(s) in the events.

- Explain why you believe that your protected group status (e.g. race/color, religion, religion/creed, national origin, ancestry, familial status, marital status, sex, (age,) disability, creed, families with children, under the age of 18, etc.) was a factor.

- Provide the names of all persons who either did the same thing, or were accused of doing the same thing as you were. (Identify each named person based on his or her protected group status).

**The reason/s I feel I have been discriminated against is (are):**

27-April-2009 MON. I was welding pipe, getting it ready so we could move a gas line, at Stewart St. and Frontage Rd. in Durango, Co. Danny Lucero Gen. plant. oper-backhoe oper. ~~Sterling Bedford~~ and J.T. Dufva were digging and getting bell hole ready. Sterling & I did line locates in the A.M. and then went out and welded pipe while Danny & J.T. were digging job site. Sterling left me at about 1:30 P.M. on Mon. cause he said that Jessie Bushay had him doing collections. I stayed weld getting it ready for test. Troy Thatcher called me at 3:30 P.M. said boys were ready upon Stewart & Frontage Rd. I said okay I was welding & getting ready to test leg and I would be up on Tue. May-28-2009 to weld on 4" half stoppers on existing gas line.

28-May-2009 Tue. I got stuff ready at shop went out to Stewart and welded half stoppers. hole was dug like they had been dug for the past 25 years. Narrow, no egress, not cleaned out. Same old thing as always I was used to this. Well on 29-May-2009 Wed. when we were moving gas line OSHA pulled up some time after noon. I guess. I was in motel 8 using the rest room when I came out I seen Danny, Sterling and J.T. talking with him. I went over he told me who he was and said that Danny & Sterling & J.T. told him I was in charge I told him I was not. I told him the supervisor is Troy Thatcher but he was off in Hunting Mike with OSHA said he needed a name for his report and said Danny & Sterling & J.T. told him I was the man. I told him I was not the main man but if he need a name he could use my being Danny & Sterling & J.T. had pointed me out.

Signature: [signature]

Date: _____

Printed Name: Harold N. T. Trujillo

Rev. 02.2.05

~~her cell. I called again at 2:30 p.m. but I got her voice mail again~~

27-April-2009-Mon I Harold N.T. Trujillo was welding pipe for we had to move gas line at Stewart St. and Frontage Rd. in front of LPEA and south of Motel 8. I welded pipe at M.R.S. on alley between E 3rd Ave. E 4th Ave. and 2nd St. in Durango Co. I welded pipe on Mon. and tested it Sterling Balliger helped me from 1:00 p.m. to about 3:30 p.m. Then he said that Jessie Bushaw had him set up to do collections so he left. I finished welding pipe put nitrogen in line this was about 5:45 p.m. The next day I went checked test and wrapped pipe then I went Frontage & Stewart to weld on half stoppers.

Danny Lucero, Gen. plant. opr. J.T. Dufva and Sterling Balliger were digging bell hole on Mon. A.M. so that we could move pipe. Troy Thatcher-Supervisor I believe checked on them cause he called me at about 3:30 on Mon. and said the boys are ready for you up here. I told him I was finishing up welding & testing the leg that I was building for moving gas line.

28-April-2009 Tue. A.M. I went and weld (2) 4" half stopper's on gas line existing, then we tapped half stoppers prepaired every thing to move gas line on Wed. 29-April-2009 this was about 5:30 p.m. when we got this done J.T. & Sterling were wanting leave ASAP.. Sterling wanted to go turkey hunting and JT had elk steak waiting for him.

29-April-2009 Wed. A.M. we went up there we dropped plug's to shut gas off and bypassed it, (work area) I cut one side of existing gas line installed new leg that was build. and was getting ready to do the other side when OSHA pulled up. I was in rest room at motel 8 at the time when I came out of motel 8 I seen Danny, Sterling & J.T.

Talking to OSHA MAN, Mike L. (MAC) McWilliams, they told him I was in charge. I told the man I was not find the supervisor I said is Troy Thatcher but he was off in trainting. Mike said did they leave any one in charge, I said No we work as a team we just do what we have to, to get job done on time.

Miko said that Danny, Sterling & D.T. had told him I was in charge and he said he needed name lead man or person in charge, I told him I was not lead man or in charge but if he need name I said to use my because I did not dig the hole. I was just trying to do my job.

Mike said hole was to deep "5 foot 9 inchs" I checked it at 4 feet 2 inches He said spoil was not 2 feet away from edge of hole and hole was not benched also and there was no egress on one side of bell hole. Well he said he was not stopping the work he said no one is in trouble here, we finshed the job turned gas lose Danny called Russell Murph and told him what happened. We got things cleaned up on Thu 30-April-2009 and on 01-May-2009 Fri. Russell Murph came down from Canon City interview me and Danny, D.T. and Sterling I was told to stay off the back hoe. Till every thing was done. I said okey on 4-May-2009 Mon at 4:00pm. Russell told me he had to send me home with pay till the fed's got back with them. On 12-May-2009 Tue. 10:45 am Troy called me to go into office I said okey I went they asked me how I was doing I said fine and then Troy said that after the investigateion That they did it was for Atmos best interest to terminate my employment. After 26 years working for this company never had a wright up or a warning