# EXHIBIT 17

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 846-2010-02165

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

| Field | Value |
|---|---|
| Name | Mr. Harold N. Trujillo |
| Home Phone | (970) 759-9467 |
| Date of Birth | 08-29-1949 |
| Street Address | 333 East 7th Avenue, Durango, CO 81301 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ATMOS ENERGY CORPORATION | 15 - 100 | (970) 385-3284 |

Street Address: Greeley Gas Division, 107 Jameson Drive, Durango, CO 81301

DISCRIMINATION BASED ON: [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-12-2009    Latest: 05-12-2009
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On or about May 12, 2009, I was discharged from my position as Distribution Operator.

II. I was discharged for allegedly failing to comply with company safety and operation policies and alleged violation of behavior and conduct policy.

III. I believe that I have been discriminated against due to my national origin (American), my race (American Indian), and my age (59), and in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended, in that,

a. On or about April 21, 2009, I was sent to the work site by the Operations Supervisor. I had no reason to believe the trench I would be working in was unsafe. On or about April 22, 2009, an OSHA inspector came to the work site. The OSHA inspector found violations and issued the company citations. I was placed on Administrative Leave as soon as upper management was informed of the OSHA inspection. On or about May 12, 2009, I was discharged from my position.

b. During my employment, I had raised numerous safety related concerns or issues with upper management. No action was taken in response to the safety issues raised. Prior to my discharge, I was never warned or disciplined for any safety issues and/or violations during my employment. There were four other workers at the site, of which, two were White males under the age of 40. These two males were not fired. The two over the age of 40 non-White males were the only employees discharged.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 29-JAN-2010
Charging Party Signature: /s/ Harold N. Trujillo

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT 1
Name: Trujillo
Dt/SR: 1-20-12
Richardson Reporting