# EXHIBIT 18



# Atmos Energy Corporation

## Employee Handbook

June 1997





AT00558

AT00564

Atmos is committed to being a company that provides competitive salaries and benefits, assures good working conditions, provides training and opportunities for development, and maintains an atmosphere in which all employees can openly discuss their ideas and concerns. In return, Atmos expects high standards of productivity, cooperation and service from you. Only through competitiveness in our marketplace, profitability, team effort, and a cooperative work spirit can true satisfaction be achieved. Let's continue to work together without any outside interference to make our lives both productive and rewarding.

## YOUR EMPLOYEE HANDBOOK

The Atmos Employee Handbook has been prepared to acquaint you with the policies that affect you and your job. While no written statement can be a substitute for direct communications with your supervisor, a thorough familiarity with the contents of this handbook may be helpful to you in many matters which relate to your employment.

The contents of this handbook are summarized statements of the company's policies and procedures contained in the Atmos Documentation System (ADOC) on the mainframe computer system. Atmos emphasizes that this handbook is intended as a general summary for informational purposes only. Neither this handbook nor the policies and procedures contained in ADOC constitute a contract of employment, or create any contractual rights in favor of the company or any of its employees. No employee nor representative of the company, other than those individuals expressly designated by the Chairman, President and CEO, has authority to make any employment agreement, and then only by separate written agreement.

On occasion, it may become necessary to update or modify policies and practices to ensure that the company continues to act in the best interest of its employees and its operations. Thus, the company reserves the right to modify, eliminate, or add to the provisions in the handbook and in ADOC at any time, with or without advance notice. Violation of company policies and/or procedures shall result in disciplinary action up to and including termination of employment.

This handbook is not intended to answer all questions you might have nor cover all situations which may arise during your employment. If you have specific questions or need more details, contact your supervisor, Operating Company Human Resources Vice President, Dallas Human Resources or see the policies and procedures contained in ADOC.

3

## YOUR COMPANY

Atmos Energy Corporation is a growing organization that takes pride in its employees and their accomplishments. Four operating companies — Energas Company (Energas), Greeley Gas Company (Greeley Gas), Trans Louisiana Gas Company (Trans La) and Western Kentucky Gas Company (WKG) – each contribute significantly to the company's success. The company serves approximately 673,000 customers.

Energas, the largest of the four operating companies, is headquartered in Lubbock, Texas. More than 310,000 customers are served in some 92 communities in a 30,000 square-mile service territory. Energas not only supplies gas to homes, businesses and industry, but also provides natural gas to West Texas farmers. They burn natural gas to power large motors that pump water from deep underground wells during the spring and summer months for irrigating crops.

Greeley Gas, headquartered in Denver, Colorado, became a part of the Atmos family of companies in December 1993. The company provides natural gas service to more than 108,000 customers in 122 communities in Colorado, Kansas and Missouri. In Greeley Gas' 1,650 square-mile service area, natural gas is provided to homes, businesses, industries, resorts and farmers.

Trans La joined the family of companies in January 1986. With headquarters in Lafayette, Louisiana, Trans La serves 36 communities covering a larger region than any other gas utility in the state. Nearly 80,000 customers are served within the 7,000 square-mile service area.

WKG, a member of the family of companies since December 1987, serves an area experiencing significant industrial growth and new home construction in Kentucky. Headquartered in Owensboro, Kentucky, WKG serves over 168,000 customers in 163 communities in a 12,000 square-mile service area.

Atmos Energy Corporation, the 24th largest natural gas distribution company in the United States, is a publicly-owned corporation. Its stock is traded on the New York Stock Exchange.

Atmos believes in fair and equitable treatment of the individual, and constantly strives to maintain excellent work relationships by working together and dealing directly with its employees. As a result, the company has been able to build a positive work environment, supported by mutual respect and trust.

2