# EXHIBIT 19

I am in receipt of the Atmos Energy Corporation Employee Handbook, June 1997 edition.

RECEIVED
AUG 2 6 1997
HUMAN RESOURCES

_____
Employee's Signature

_____
Date   8/14/97

TRUJILLO, HAROLD N
935 0800
GGC

Microfilmed

AT00325