# EXHIBIT 20

**General Provisions – Human Resources**                                   **Effective October 1, 2002**

*The guiding principles behind all employee- and employment-related decisions are Atmos' Vision and Values to create a working environment that emphasizes teamwork, diversity, trust and respect, customer focus, honesty and integrity, value creation and enterprise thinking.*

The following general policy provisions apply to all Human Resources policies and procedures.

Confidentiality. All actions taken in connection with Human Resources-related policies and procedures must remain strictly confidential. Only those Company officials who, on a case-by-case basis, have a need to know will be involved with and informed about specific actions.

Condition of Employment. Compliance with the Company's policies and procedures is a condition of continued employment. Any employee who violates any policy provision or associated procedure will be subject to appropriate disciplinary action.

Documentation. An employee who knowingly falsifies any Company document will be subject to disciplinary action up to and including termination of employment.

Exceptions. Requests for exceptions to any policy provision will be forwarded via management in writing to the appropriate approval level, if specified, or otherwise to the Chairman, President and CEO.

Legal. In the event that any portion of a policy conflicts with any Federal or state law or regulation, that portion will be void, with all other portions remaining in full force and effect.

Reservation of Rights. The Company reserves the right to interpret, modify, eliminate, or add to the provisions of any policy in whole or in part at any time, with or without notice. Nothing contained in Human Resources policies and procedures constitutes a contract of employment or creates any contractual rights in favor of the Company or any of its employees. No employee or representative of the Company, other than the Chairman, President and CEO and those individuals expressly designated by the Chairman, President and CEO, has authority to make any employment agreement, and then only by separate written agreement.

Responsibilities – Employees. Every employee is responsible for:

- Ensuring their employment-related actions are aligned with the Company's Values;
- Achieving personal success and adding value to the enterprise;
- Being aware of and abiding by the Company's policies and procedures;
- Understanding how and where to access the Human Resources policies and procedures;
- Asking questions regarding these policies and procedures;
- Maintaining an open line of communication; and
- Abiding by all Federal and state laws.

Responsibilities – Supervisors. Every supervisor is responsible for:

- Ensuring all employee-related actions are aligned with the Company's Values;
- Making their employees aware of all policies, procedures and applicable coverage;
- Ensuring that their employees are instructed on how to access the Human Resources policies and procedures;
- Answering any questions employees may have;
- Immediately reporting and/or addressing any violation of policy by an employee;
- Maintaining an open line of communication; and
- Abiding by all Federal and state laws.

AT00375

2

Role of Human Resources.  Human Resources representatives partner with management to facilitate appropriate and consistent application of these policies.  Human Resources representatives also coach and guide employees on a variety of topics ranging from benefits questions to workplace situations.

Scope.  Human Resources policies apply to all employees, and as may be applicable to applicants, at all times while engaged in Company business, while on Company property, while in a Company vehicle and/or while in a Company uniform.  Whenever "he" or "his" is used in policies or procedures, it refers to both genders.  Some policies may specify additional coverage in order to comply with Federal and state regulations.  Policies are applicable to employees covered by a collective bargaining agreement, unless and until, their bargaining agent negotiates different policies for those employees.

AT00376