# EXHIBIT 21

**BEHAVIOR AND CONDUCT POLICY**                                   Revised October 1, 2002

### PURPOSE

To establish guidelines for employee behavior and conduct in order to promote a work environment that achieves results through employees based on teamwork, diversity, and trust and respect.

### GENERAL PROVISIONS

The following framework is established to gain both employee and organizational results:

1. Employees are to promptly, and to the best of their ability, carry out work-related requests and assignments, thereby demonstrating that our customers are the reason we are in business.

2. Employees are to treat others with respect, honesty and integrity recognizing diversity is an opportunity to learn and grow.

3. Employees are to cooperate with management, fellow employees and the public.

4. Employees are to follow safety rules and public laws.

5. Employees are to treat each other with respect to create a harassment-free workplace.

6. Employees are to support team members and overall company success by keeping to assigned work schedules.

7. Employees are to use Company time, funds and property productively to achieve results.

8. Employees are to use confidential information consistent with assigned job responsibilities.

9. Employees are to follow Company policies and guidelines.



EXHIBIT 31
Name Trujillo
Dt/SR 1-20-12
Richardson Reporting