# EXHIBIT 22

PROGRESSIVE DISCIPLINE POLICY AND
PROCEDURES                                                                                        Revised October 1, 2002

### PURPOSE

To provide guidelines for using progressive methods to correct an employee's inappropriate behavior and conduct as well as unacceptable or unsatisfactory performance.

### GENERAL PROVISIONS

1. Disciplinary action is administered in a prompt, fair and uniform manner guided by our Company's values utilizing any one of the following four measures: verbal warning, written warning, final warning or termination of employment.

2. Each supervisor, in consultation with local Human Resources, is responsible for determining the appropriate disciplinary action to be taken based on the totality of the facts and circumstances pertaining to each situation. The stage at which the warning procedures will be initiated depends upon the nature and severity of the problem and the employee's past work record. Where appropriate, the supervisor may suspend the employee without pay. In cases of severe misconduct or continued deterioration of behavior, conduct or performance, immediate dismissal may be necessitated. In addition, the Company may, at its discretion, seek to recover damages, if any, resulting from the behavior and conduct of any employee.

3. Given the scope and nature of the employment relationship, it is impossible to establish specific actions to address each and every situation that may arise; therefore, these steps serve as general guidelines. Although progressive in nature, these actions may be repeated or skipped whenever appropriate to the situation.

### PROGRESSIVE DISCIPLINE GUIDELINES

1. <u>Verbal Warning</u>. Typically, this method will be utilized with behavior that only briefly impairs or disrupts the employee's own work effort or productivity. This is a formal and private counseling session during which the supervisor communicates to the employee the policy/procedure violated, the inappropriate behavior/conduct, and/or unacceptable performance.

   The session is documented by the supervisor using the *Verbal Warning* form that will include action steps to be taken by the employee to correct the behavior along with any supporting documents. The documentation will be retained by the supervisor for one year from the date of the warning unless a subsequent event occurs which necessitates attaching the verbal warning to a written warning.

2. <u>Written Warning</u>. Typically, this method will be utilized with behavior that only briefly impairs or disrupts the work effort or productivity of the involved employee and/or other employees in the workplace. This method is also for the continued lack of inappropriate behavior, conduct, or performance issues addressed in previous disciplinary sessions. This is a formal and private counseling session during which the supervisor communicates to the employee the policy/procedure violated, the inappropriate behavior/conduct, and/or unacceptable performance. The supervisor also explains the importance of discipline, that the action has been taken to prevent future occurrences and the likely consequences should such offense(s) reoccur.



    The session is documented by the supervisor using the *Written Warning* form that includes action steps to be taken by the employee to correct the behavior along with any supporting documents. The *Written Warning* form will be reviewed with and signed by the employee. A copy of the warning is provided to the employee and the original submitted via management to local Human Resources. The document is retained in the employee's personnel file for two years from the date of the warning. Prior applicable *Verbal Warnings*, if any, as well as supporting documents are attached to the *Written Warning* form for retention in the employee's personnel file.

3. Final Warning. Typically, this method will be utilized with behavior that significantly impairs or disrupts the work effort or productivity of the involved employee and/or other employees in the workplace. This is a formal and private session during which the supervisor and employee discuss and reconfirm the employee's understanding of the desired behavioral change required. The supervisor also explains the importance of discipline and that future offenses will not be tolerated as well as the likely consequences should such offense(s) reoccur.

   The session is documented by the supervisor using the *Final Warning* form. The *Final Warning* form will be reviewed with and signed by the employee. A copy of the warning is provided to the employee and the original submitted via management to local Human Resources. The document is retained in the employee's personnel file. Prior applicable warnings, as well as any supporting documents are attached to the *Final Warning* form for retention in the employee's personnel file indefinitely. Should future disciplinary action(s) be considered, a determination will be made as to the applicability of the final warning.

   A member of local Human Resources or management will be present during the delivery of the final warning.

4. Termination of Employment. Typically, this method will be utilized with behavior that not only adversely affects the work effort and productivity but also directly or indirectly endangers life and property or is of such significance that a one-time occurrence cannot be tolerated. This is a formal and private session during which the supervisor communicates to the employee the reason for termination. Termination of employment occurs if an employee's behavior and conduct do not improve or further deteriorates after previous warning(s). There are certain offenses that may subject an employee to termination without previous warnings; however, no employee will be immediately dismissed without thorough review of the circumstances.

   The supervisor documents the events leading to the termination of employment and the session utilizing the *Termination of Employment Decision* form. The *Termination of Employment Decision* form is submitted via management to local Human Resources. The document is retained in the employee's personnel file. Prior applicable warnings, as well as any supporting documents are attached to the *Termination of Employment Decision* form.

   A member of local Human Resources or management will be present during the termination meeting.