IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01151-RBJ-MEH

HAROLD TRUJILLO,

    Plaintiff,

vs.

ATMOS ENERGY CORPORATION, a Texas corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (Dkt. No. 65), and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that the motion is GRANTED. All claims in the above-captioned matter are dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED: August 10, 2012.

BY THE COURT:

R. Brooke Jackson
United States District Judge